2:05-cv-02197-MPM-DGB # 1-2 Page 1 of 10

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

E-FILED
Thursday, 08 September, 2005 01:37:22 PM
Clerk, U.S. District Court, ILCD

OFFENSE Ex. A

Report No. ________

# FOLLOW UP INVESTIGATION REPORT

Case Heading: Talley    Date of This Report: 04/26/94

Arrested: ________

On this date, I went to the Macon County Jail to interview Charles Talley in reference this report. Upon arrival, I was met by Talley.

INTERVIEW OF: Charles Talley, B/M/27, of 1124 East Main.

I advised Talley I wanted to interview him regarding the death of his brother, James Talley. Charles advised me he really did not have any information since he had been in jail at the time of his brother's death. I asked Charles if James had any enemies or if he knew of anyone that was causing James problems? Charles stated that he was not aware of James having any problems with anyone. I asked Charles if James was in a gang? Charles stated he did not know if James was in a gang or not.

I advised Charles that the name "Cat Daddy" had surfaced as possibly being involved in this murder of James Talley. Charles then advised me that he had heard while in jail that "Cat Daddy" had possibly set James Talley up, however he was not certain of this information. Charles advised me he was getting out later on this date and hoped to hear some information regarding the death of his brother. I asked Charles what other family members I could speak to regarding this report? Charles advised me he had a sister identified as Lether Talley who lives at 723 West Packard, 428-0714. I was advised that Lether would have information as to other family members I might interview. The interview of Charles Talley was then terminated.

As I was leaving the Macon County Jail, I saw Lether Talley sitting in the jail lobby waiting for Charles Talley. Lether Talley was then escorted down to the police department to be interviewed regarding this report.

INTERVIEW OF: Lether Talley, B/F/35, of 723 West Packard, 428-0714.

Lether advised me that she had heard that "Cat Daddy" was responsible for the shooting death of her brother, James Talley. Lether stated that James and "Cat Daddy" were friends and that she had heard through the grapevine that some drugs had turned up missing from "Cat Daddy's" residence. Lether stated she heard that "Cat Daddy" believed that James Talley was responsible for the theft of these drugs and this was the reason that "Cat Daddy" had shot him. Lether stated she has no idea who the other individual at the scene of the crime was.

I asked Lether if James had been concerned recently about anyone possibly going to hurt him? Lether stated not that she was aware of. I then asked Lether if James was aware of had any knowledge in the death of Jerome

CONTINUED

Signed: Michael A. Beck #106 ck
Investigating Officer

PROSECUTION C27

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No. 94041217




# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 04/28/94

Arrested

Page 2 -- INTERVIEW OF: Dan W. Blunt, W/M/42, of 1039 East William, 428-2983.

Blunt advised me on 04/24/94, he was sitting on his front porch when he heard 4 gunshots in succession. Blunt stated the shots came from a northeasterly direction and he immediately looked up, saw a B/M standing in the front yard of 1084 East William. ~~Blunt described the B/M as being approximately 5'8", wearing either a dark tee-shirt or a dark jacket.~~ Blunt stated the lighting was well enough that he was able to see the B/M was wearing something dark colored. Blunt also indicated this B/M had a thin build.

Blunt stated when he saw this B/M, the B/M was standing in the middle of the front yard at 1084 East William and appeared to be talking to either one or two black individuals standing in the doorway of 1084 East William. Blunt stated the B/M in the front yard then quickly walked to the west side of 1084 East William and then walked northbound between 1084 East William and the house directly west of that address. Blunt stated he did not see the B/m again.

Blunt stated he then went inside and called the police and indicated that shots had been fired. Blunt stated after speaking with the dispatcher, he came back outside and then walked down to the scene of the shooting. Blunt stated he approached an officer and advised him that he had called the police and had some information. Blunt stated he later was brought to headquarters where he was interviewed reference this report.

I then advised Blunt I wanted to show him some photos to see if he could make an identification. Blunt advised me he would look at the photos, however indicated he was approximately a half block away and did not feel he would be able to identify anyone. I then showed Blunt the below-listed photo lineup:

1. Joseph Hayes, photo taken 05/02/89.
2. Timothy Wayne Wilder, photo taken 10/12/88.
3. Orlando Allen, photo taken 05/31/89.
4. Percy Beiler, photo taken 03/28/91.
5. Kenneth Beasley, photo taken 09/22/93.

Blunt stated he did not recognize anyone in the photos, however pointed

CONTINUED

Signed Michael A. Beck #106 ck
Investigating Officer

PROSECUTION C28

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No. 94041217




# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 05/12/94

Arrested

On this date, I was interviewing Tyrone Perry in reference to another report. I asked Perry if he had any information regarding the murder of James Talley? Perry advised me the only information he had heard was that the police were looking for an individual named "Whami". Perry stated he does not know this individual named "Whami".

Perry stated he was with his brother, Curtis Jones, and that they were talking to an individual he identified as "Lucky". Lucky's correct name is Marion Reed. "Lucky" advised both Tyrone Perry and Curtis Jones that he had been asking around who was responsible for killing James Talley? The reason "Lucky" was asking was he indicated he was a cousin to James Talley. "Lucky" stated to Perry and Jones that shortly after asking around about who was responsible for killing James Talley, "Cat Daddy" (Orlando Allen) saw "Lucky" and began shooting at him. "Lucky" indicated that he had a weapon himself and returned fire, however does not believe he hit "Cat Daddy". Perry stated he does not know where this shooting occurred, however indicated "Lucky" advised him that the shooting took place near a car lot and that "Lucky" had made arrangements with the owner of the lot to pay for a window which was broken out during the shoot out.

Signed Michael A. Beck #106 ck
Investigating Officer



PROSECUTION C-29

CASE HEADING [illegible] DATE 042794 REPORT # 94041217

THIS FORM IS TO BE UTILIZED BY THE PATROL DIVISION FOR HAND-PRINTED INFORMATION OR FOLLOW-UP REPORTS WHICH CAN BE COMPLETED IN THE SPACE ALLOWED ON ONE FORM.

This officer received information that a Marion S. Reed, b/m/20 (9-7-73), was with James Talley approximately 15-20 minutes before he was shot. Reed has not come forward because he is afraid of being shot, and he has a warrant on file against him. Only information on the shooter is a nickname, "catdaddy." Reed has a mother who lives @ 926 S. Franklin. Reed is a cousin to Talley. Reed works @ a car shop @ 426 N. Calhoun. He stays on Church street (a large green building) somewhere north of King Street.

I later learned that "catdaddy" is Orlanda Allen of 1084 E. William. Also the address on Reed might be 876 N. Church.

REPORTING OFFICER Lipe

BADGE # 42 C-30

APPROVED BY [signature]

PROSECUTION

Report No. 94041217

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS






# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 04/25/94

Arrested

Page 2 -- INTERVIEW OF: Charles Talley.

Charles did give me the phone number of Leather, phone: 428-0714.

I asked Charles if he had any idea what had happened to James, or if he had heard any information as to what had happened? Charles stated that he had not heard anything, only that James had been shot 4 times. Charles stated that he had talked to his sister a little bit about this incident, and his sister didn't seem to know much information at this point either.

I advised Charles that I would be going back to his sister's home, or at the very least give her a call to find out if she does, in fact, know anything.

Reporting officer did make a phone call to Leather Talley, phone: 428-0714.

Upon calling that phone number, I did talk to a B/M subject who did not ID himself, however stated that he would get Leather Talley on the phone. I did speak with Leather Talley, and I did advise her who I was and where I was from. Leather began to cry, and stated that she had a lot of information that she needed to relay to me, but there were so many people at the house she was frightened to give this information out. Leather stated that there would be a B/F who would remain anonymous, who would give me some important information this evening. Reporting officer did speak with a B/F, this B/F stated that "Cat Daddy" was the subject who did kill James Talley. The B/F stated that "Cat Daddy" is now on the run, and she believes that he has either went to St. Louis or Chicago. The B/F stated that she has pertinent information, and this information should lead investigators to "Cat Daddy" and to find out exactly what had happened on the night that James Talley was killed.

This B/F stated that she would call me at approximately 2 o'clock tomorrow afternoon, and she would arrange for a place where we could meet, and she still wanted to stay totally anonymous. The B/F stated that she could not talk much longer, because there are many people at the house at this time, and she is afraid that the information she would give would be overheard by these subjects.

The B/F stated that she would call around 1 or 2 o'clock tomorrow afternoon and she would arrange for a place for me to meet her.

CONTINUED

Signed D.L. Montgomery #12 ck
Investigating Officer



C-31

PROSECUTION

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No.




# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 04/25/94

Arrested

Page 3

I explained to the B/F that I do not come to work until 3 o'clock in the afternoon, and there is an investigator who is working this case who could meet with her. The B/F stated that she does not want to meet with anyone else, that she would meet with me, and she could wait until after 3 o'clock to make that phone call. The B/F stated that we would probably meet somewhere in the area of Hummingbird Drive, and she stated that it would actually be better for her to meet me after 3 o'clock tomorrow afternoon.

I asked the B/F if she was going to give me information which would positively point the finger to "Cat Daddy" as being the subject who did the shooting? The B/F stated that all of her information will point directly to "Cat Daddy", however the information that she is giving will not be positive proof at this point. The B/F stated that by tomorrow afternoon, she may have enough information which would positively link "Cat Daddy" to the shooting, and we could possibly even retrieve the gun which was involved in this shooting. Reporting officer did give the B/F my name, and she stated that she would be calling me after 3 o'clock tomorrow afternoon.

Signed D.L. Montgomery #12 ck
Investigating Officer

C-32

PROSECUTION



DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS



OFFENSE Ex. F

Report No.

# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 05/29/94

Arrested

Page 4 -- INTERVIEW OF: Billy Hammer.

Later on this date, I received a Macon County Jail inmate request form from Torey Wilson stating he wanted to speak with me. I then went to the Macon County Jail to speak with Torey Wilson. Upon arrival, I was advised that Wilson was in Trod #1. I then went to Trod #1 and interviewed Torey Wilson.

INTERVIEW OF: Torey L. Wilson, B/M, of 355 North Illinois.

Torey L. Wilson read and was read the custodial interview advice form. He indicated an understanding of those rights, initialed and signed the form, and agreed to make a statement to this officer.

Wilson advised me he was currently in jail on an aggravated battery charge and was afraid he was going to go back to prison. Wilson stated he had some further information to tell me regarding the murder of James Talley. Wilson stated he was going to volunteer this information to me, however asked if I could give a good word for him to the State's Attorney in hopes that he would not be sent back to prison. I advised Wilson I could not make any promises. Wilson relayed the following information to me.

Wilson stated on the night of the homicide, 04/24/94, he was leaving his girlfriend's house who resides at 355 North Illinois. Wilson's girlfriend was identified as Asia Turner.

Wilson stated as he left Turner's residence, he was walking southbound on Illinois Street and had just left 355 North Illinois. Wilson stated as he was walking down the street, he saw 3 B/Males talking on the sidewalk north of the northwest corner of Illinois and William. Wilson stated he recognized one of the B/Males as James Talley and a second the B/Males as Orlando Allen, also known as "Cat Daddy".

Wilson stated as he was in the street, he saw Talley talking to the Unknown B/M who was standing with "Cat Daddy". Wilson stated Talley was moving his hands back and forth as if he was trying to explain something to this Unknown B/M. Wilson stated he does not believe Talley was arguing with this B/M, however stated if he was they were being very quiet because he could not hear what was being said. Wilson stated that Talley was talking with the Unknown B/M and that "Cat Daddy" was standing approximately 5 feet away from them. Wilson stated that the next thing he knew, the Unknown B/M

CONTINUED

Signed Michael A. Beck #106 ck
Investigating Officer

C-33

PROSECUTION

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No. 9404/217




# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 05/29/94

Arrested

Page 5 -- INTERVIEW OF: Torey L. Wilson.

displayed a weapon and shot James Talley in the head. Wilson stated Talley fell to the ground at which time the Unknown B/M stepped back and shot Talley 3 more times in the body.

Wilson stated that "Cat Daddy" then ran to the west of his apartment and then south. Wilson stated the Unknown B/M that shot Talley ran westbound in the alley and Wilson indicated he ran eastbound in the same alley that the shooter ran westbound in. Wilson stated he ran to the laundromat and called 911 on the pay phone, however received a busy signal. Wilson stated he believed the police had been contacted because he heard sirens shortly thereafter. Wilson then went back to the scene and advised one of the officers present that he had seen the shooting occur and spoke with the officer. Wilson stated he did not advise the officers that "Cat Daddy" was one of the 3 B/Males he had seen.

Wilson stated on the following day, he spoke with "Cat Daddy" about what he had seen. Wilson stated the only thing "Cat Daddy" advised him was that Wilson should not "fuck with it".

I asked Wilson if he had any idea why this murder had occurred? Wilson stated that he had heard that "Paducah" (Anthony Hobson) had given some drugs to James Talley to sell. Wilson stated he heard that Talley and "Cat Daddy" had smoked up all the crack cocaine and that Talley was murdered because of this. I then asked Wilson if this was correct, why "Cat Daddy" had not also been killed? Wilson stated he heard that "Cat Daddy" had set James Talley up to be murdered and that he was not going to be killed.

I then showed Torey Wilson the same photo lineup that I had shown Billy Hammer. Wilson immediately identified #2 as Orlando Allen. Wilson then stated he recognized #3, James Delso, however did not know Delso's name, however did know him as "Whami". Wilson stated that he has seen Delso hanging around with "Paducah", however he cannot identify Delso as being the person that shot James Talley on the night Talley was murdered. Wilson stated he believes that James Delso could have something to do with the murder of James Talley, however stated he does not make that determination because of the photo lineup, rather than because of what he had heard with Talley ripping off Anthony Hobson and that Hobson and Delso are good friends.

I asked Wilson why he had not given this information to the police earlier? Wilson stated he had not given this information to the police because he was afraid of what would happen if he talked. I asked Wilson if

CONTINUED

Signed Michael A. Beck #106 ck
Investigating Officer

PROSECUTION C-34

DECATUR POLICE DEPARTMENT
DECATUR, ILLINOIS

Report No. 94041217




R2770

# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 050894

Page 2 of 3

INVESTIGATION

Orlando Allen was then escorted to the interview room in MSO intake to be interviewed regarding this report.

Interview of Orlando M. Allen - B/M - 32 - 1084 E. William - no phone

Allen was advised of his miranda rights by use of the custodial interview advice form. Allen read and was read the form, initialed and signed the form and agreed to speak with me.

Allen stated that he does go by the nickname of "catdaddy". Allen also stated that he was very good friends with James Talley. Talley used to visit with Allen frequently at Allen's apt.

Allen stated on the day of Talley's murder, Talley had been at Allen's house at approximately 1500 hrs. ALlen was not sure of the time Talley had come by, ALlen stated that Talley was driving his Beige Ford Escort when he arrived. Talley, Etta Wiggins and Allen sat around the apt talking. Allen stated he believed that Etta Wiggins allowed Tally in the apt and was certain that Wiggins was present.

Allens tated approximately 30 minutes to 1 hour later that they went to Eldorado package liquor and purchased a 40 oz King Cobra and a pint of night train wine. Allen stated that he went with Talley to make this purchase before they returned to ALlen's residence. Allen stated that all three of them were drinking in the apt and that they ran out of alcohol so another xxxip trip was made to Eldorado package liquor. Allen could not remember who made this trip nor could he remeber the time, but he stated it was still light outside. After drinkingg this alcohol, Talley stated that he had to leave, but that he would return later. ASlenx stated that Talley left, but he was unsure of the time. Allen stated it was getting dxrk when Talley left and that Talley left driving in his car.

Allen stated that at approximately 2130 housx James Talley returned. Allen again was unsure of the time. Allen stated that Talley came into his apt and went upstairs. Allen stated that he was laying down with Wiggins and that Talley stayed for approxiamtely 10-15 minutes talking with both Allen and Wiggins. Talley finally stated he was goang to leave and he did. Xllen stated he thought that Talley had left the area. Approximately 10 minutes later both Wiggins and Allen were still in bed watching tv when Allen heard gunshots. Allen turned off the tv and the lights and looked out the front window. Allen was unable to see anything. A short time later the polcie arrive so ALlen went outside. Allen stated he saw Talley on the ground and thht Talley was trying to get up off the sidewalk. Allen spoke to Talleybut got no xeponse.

Signed Michael A. Beck #106-
Investigating Officer



135

PROSECUTION

2:05-cv-02197-MPM-DGB # 1-2 Page 10 of 10

DECATUR POLICE DEPARTMENT
DECATUR, ILLINOIS

Report No. 94041217




Read

# FOLLOW UP INVESTIGATION REPORT

Case Heading Talley Date of This Report 05-08-94



INVESTIGATION

Allen then went back in his apt was interview by police later on that date. Allen stated that he did not tell the police Talley had just left his apt because Wiggins advised officers of that fact. I advised Allen that this informtaion was not listed in any report.

I then asked Allen if he knew anyone by the nickname of 'whami'? Talley stated that he did not. I told Allen that I had recieved information that he was involved in this shooting. Allen stated there was a b/m named Terrence that is telling people that Allen is involved, but he does not know why. ALlen has no further information on Terrence and does not know how to get ahold of him.

ALlen again stated that he was good friends with Talley and would not do this or have Talley set up. I asked Allen if he would be willing to take a polygraph? Talley stated he would not since he is a nervous person. The interview with Allen was then terminated.

Etta Wiggins was then returned to the interview area so I could re-interview her regarding what ALlen had stated.

Re-interview of Etta Wiggins

Wiggins was advised of her rights by use of the custodial interview advise form . Wigginstated she understood her rights and agreed to speka with me.

I advised Wiggins that Allen told me that James Talley had been at Allen's apt along with Wiggins drinking earlier in the day and that he had jsut left the apt approximately 10 minutes before he was shot. Wiggins stated that Talley was not at Allens apt and that ALlen must be feferring to another day. Wiggins continued to deny that Talley had been at theapt so the interview was terminated.

Signed michael A. Beck #106
Investigating Officer

C36

PROSECUTION