Report No. 94041217

DECATUR POLICE DEPARTMENT
DECATUR, ILLINOIS

OFFENSE

E-FILED
Thursday, 08 September, 2005, 01:37:40 PM
Clerk, U.S. District Court, ILCD

## FOLLOW UP INVESTIGATION REPORT

Case Heading __Talley__    Date of This Report __05-08-94__

Page 1 of 3        INVESTIGATION

On this date, I went to the MSO jail to interview Etta J. Wiggins in reference this report. Upon arrival, Wiggins was interviewed in the intake area interview rooms.

Interviwe of Etta J. Wiggins - B/F - 31 - 1075 E. William 422-8243

I advised Wiggins that the investigation of James Talley's murder was continuing and I needed to speak with her regarding this report. Wiggins relayed the following information.

Wiggins stated that she currently resides at 1075 E. William. Wiggins boyfriend is ORlando Allen and Allen resides at 1084 E. William. No one lives with Allen, but Wiggins occasionally spends the night with him. Wiggins stated that she is 5 months pregnant and that Allen is the father. Wiggins and ALlen have been dating for 2½ years.

Wiggins stated on the day Talley was killed that she had not been feeling well and had laid around most of the day. Wiggins stated that there had been no one at the house and that she and Allen were upstairs in bed watching TV. Wiggins believed that the news was on TV, but she is not sure.

Wiggins stated she went to sleep, but was awakened by the sound of gunshots. Wiggins did xxx not get out of bed and neither did Allen. Both stayed where they were and did not look out the window. Once Wiggins could see red lights flashing from police cars Allen looked out the upstairs window. Allen and Wiggins then went downstairs. Both were interviewed by police after they had gone downstairs.

Wiggins stated that she knew James Talley and that Tallye had not been by the house on that date. Wiggins also denied any gang affiliation and stated she did not know if Allen was a gang member or not.

Wiggins stated that as far as she knows that Allen was home all night. Since Wiggins was not feeling well she did sleep some on that date. Wiggins stated that Allen might have left while she took a nap, but stated he could not have been gone to long if he did leave.

Wiggins stated that she xe knows no one by the nickname of 'whammi'. Wiggins also stated that Allen has not mentioned the murder of James Tally and stated that if allen is involeved she has no knowledge of it. Wiggins stated that if she is not home she can be reached at her mother's address of 854 E. William phone 422-8423. Wiggins mother was id'd as Almata McClenton.

Signed __Michael A. Beck #106__
Investigating Officer

PROSECUTION      C-37

| | | |
|---|---|---|
| 1 | Q | That's here in Macon County, correct? |
| 2 | A | Yes. |
| 3 | Q | And at that address, he was living in an apartment at |
| 4 | that house? | |
| 5 | A | Yes. |
| 6 | Q | Do you remember which apartment? |
| 7 | A | Upstairs apartment. |
| 8 | | THE COURT: Just pull the microphone a little bit |
| 9 | closer. You are talking fairly low, ma'am. | |
| 10 | Q | (By Mr. Rueter)  Were there just upstairs and |
| 11 | downstairs apartments? | |
| 12 | A | Yes. |
| 13 | Q | Or more than that, if you recall? |
| 14 | A | Yes. |
| 15 | Q | Just upstairs and downstairs? |
| 16 | A | Uh-huh. (affirmative) |
| 17 | Q | That is on the corner basically of Illinois and |
| 18 | William; is that correct? | |
| 19 | A | Yes. |
| 20 | Q | Now, do you recall what time you first went to that |
| 21 | apartment that day? | |
| 22 | A | Around three. |
| 23 | Q | Three in the afternoon? |
| 24 | A | Uh-huh. (affirmative) |
| 25 | | |

15

1  Q    And during the course of that day, did you see
2  someone you know by the name of James Talley?
3  A    Yes.
4  Q    You call him Talley; is that correct?
5  A    Yes.
6  Q    About what time was it you first saw Talley that day?
7  A    Around 3:30; something like that.
8  Q    And did Talley stay there at the house or the
9  apartment with you and Cat Daddy for awhile?
10 A    Yes; besides going to the liquor store or something.
11 Q    So, he went, left for a little a while and came back?
12 A    Uh-huh. (affirmative)
13 Q    Now, during the course of that day, actually in the
14 evening, did you have occasion in the evening to see about 10:00
15 o'clock or 10:30, somewhere around there, a person that you know
16 by the nickname of Whami?
17 A    Yes.
18 Q    Do you see that person in court today?
19 A    Yes.
20 Q    Where is he, please.
21 A    Right there.
22 Q    You pointed over there. Can you tell us something he
23 is wearing maybe?
24 A    Orange suit.
25

16

```
 1              MR. RUETER:  May the record please reflect the in-
 2   court identification of the Defendant, Your Honor.
 3              THE COURT:  The record will so reflect.
 4              MR. RUETER:  Thank you.  At the time that you saw
 5   Whami come up into the apartment, who all was there?
 6       A    Myself, Orlando, Talley, Billy.
 7       Q    Billy, by Billy?
 8       A    I don't know his last name.
 9       Q    Was he just here in the courtroom a moment ago?
10       A    Yes.
11       Q    Who else?
12       A    And Al.
13       Q    Al, okay.  Do you know his last name?
14       A    Louis; something like that.
15       Q    At the time that you saw Whami come into the
16   apartment, was anybody with him?
17       A    Yes.
18       Q    Who was with him?
19       A    L.A.
20       Q    Now, is that a nickname for somebody?
21       A    Yes.
22       Q    All right.  Do you know L.A.'s real name?
23       A    Yes.
24       Q    What's that?
25                                                              17
```

**DECATUR POLICE DEPARTMENT**
DECATUR, ILLINOIS

Report No. 94041217

OFFENSE

Ex. L

# FOLLOW UP INVESTIGATION REPORT

Case Heading: JAMES TALLEY REPORT            Date of This Report: 04/24/94

INVESTIGATION                                 page 1

At 2241 hours on Sunday, 04/24/94 myself and several units were sent to 1110 E. William in reference to several shots fired and a man down.

I arrived in the area and found no such address of 1110 E. William but a victim was located on the West sidewalk of 300 block of North Illinois street. The victim was on the sidewalk on the East side of the House at 1084 E. William.

The victim's head was facing North and he was moving around trying to get up. The victim appeared to have a wound around his mouth as he was bleeding from the mouth. The victim was wearing a white t-shirt that was covered in blood.

Engine 1 and SS-1 from the Fire Department responded to the scene as well as DAS members Tony Dowell and Dave Robinson. DAS transported the victim to St. Mary's and Officer Jack Baskett rode in the ambulance.

Officer James Stenger secured the crime scene and located several pieces of evidence. Investigator Randy Chaney later responded and processed the crime scene.

I spoke to Orlando Allen who was at 1084 E. William. Allen said that he was upstairs in bed and he heard three shots and looked outside. Allen said that he did not see anybody leaving the area. I asked Allen if he knew the subject on the ground and he said that he knew him as T and that was all.

I spoke to Etta Williams who said that she was at 1084 E. William upstairs in bed with Allen who is her boyfriend. Williams said she heard some shots but did not see anyone outside.

Torre Wilson had approached officer Stenger and Wilson was pointed out to me. Wilson said that he was North of the incident about a block away walking South. Wilson said that he saw three people standing on the sidewalk and he heard them yelling like there was an argument. Wilson said that one of the subjects raised his arm and he heard gunshots.

Signed __Marty J. Lowhorn #83__
Investigating Officer

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No. 94041217

OFFENSE Ex. M

## FOLLOW UP INVESTIGATION REPORT  6/2/94

Case Heading: Talley

Date of This Report: 06/02/94

Arrested: 

Page 2 -- INTERVIEW OF: Orlando Allen.

    I advised Allen we were continuing our investigation into the murder of James Talley and I advised him information had surfaced that he had more knowledge than he had originally given to the police during his initial interview. Allen immediately stated he had told the police everything he knew when he was first interviewed. Allen stated that on the date Talley was killed, 04/24/94, he had been in his house practically all day with Etta Wiggins. Allen did state that James Talley came over to his residence at approximately 8:30 or 9:00 P.M. and that Etta Wiggins and he were the only people in the apartment. Allen stated he was in bed watching TV with Etta Wiggins when Talley came by, that Talley left approximately 15 to 20 minutes later. Allen stated shortly thereafter, James Talley was shot.

    I then asked Orlando Allen if Billy Hammer had been by his residence on 04/24/94? Allen stated that Billy Hammer had come by his apartment, however stated it was in the daytime. Allen indicated that Billy Hammer had smoked some crack cocaine, however stated there was no-one else present. Allen then advised me that James Talley had come by earlier on that date, however had not stayed and he was not sure what time this was. I then asked Allen if Alvin Lewis had come by his apartment? Allen stated Alvin Lewis had not been at his apartment and if he had come by the apartment, Orlando Allen was not home at the time Lewis was present.

    I advised Allen we had received complete statements from Alvin Lewis and Billy Hammer indicating that 2 B/Males had escorted James Talley from Orlando Allen's apartment just prior to James Talley being shot. Allen stated that this was not true and that he had been in bed with Etta Wiggins shortly before James Talley was shot. Allen stated he had no idea who was responsible for shooting James Talley. The interview with Orlando Allen was then terminated. Allen was also charged with obstructing justice.

    Both Orlando Allen and Etta Wiggins were then escorted to the Macon County Jail where they were booked into the jail on charges of obstructing justice.

Signed: Michael A. Beck #106  ck
Investigating Officer

PROSECUTION  C42

DECATUR POLICE SERVICES DIVISION
DECATUR, ILLINOIS

Report No. 94041217

OFFENSE Ex. M  6/2/94

## FOLLOW UP INVESTIGATION REPORT

Case Heading: Talley

Date of This Report: 06/02/94

Arrested:

Page 2 -- INTERVIEW OF: <u>Orlando Allen.</u>

    I advised Allen we were continuing our investigation into the murder of James Talley and I advised him information had surfaced that he had more knowledge than he had originally given to the police during his initial interview. Allen immediately stated he had told the police everything he knew when he was first interviewed. Allen stated that on the date Talley was killed, 04/24/94, he had been in his house practically all day with Etta Wiggins. Allen did state that James Talley came over to his residence at approximately 8:30 or 9:00 P.M. and that Etta Wiggins and he were the only people in the apartment. Allen stated he was in bed watching TV with Etta Wiggins when Talley came by, that Talley left approximately 15 to 20 minutes later. Allen stated shortly thereafter, James Talley was shot.

    I then asked Orlando Allen if Billy Hammer had been by his residence on 04/24/94? Allen stated that Billy Hammer had come by his apartment, however stated it was in the daytime. Allen indicated that Billy Hammer had smoked some crack cocaine, however stated there was no-one else present. Allen then advised me that James Talley had come by earlier on that date, however had not stayed and he was not sure what time this was. I then asked Allen if Alvin Lewis had come by his apartment? Allen stated Alvin Lewis had not been at his apartment and if he had come by the apartment, Orlando Allen was not home at the time Lewis was present.

    I advised Allen we had received complete statements from Alvin Lewis and Billy Hammer indicating that 2 B/Males had escorted James Talley from Orlando Allen's apartment just prior to James Talley being shot. Allen stated that this was not true and that he had been in bed with Etta Wiggins shortly before James Talley was shot. Allen stated he had no idea who was responsible for shooting James Talley. The interview with Orlando Allen was then terminated. Allen was also charged with obstructing justice.

    Both Orlando Allen and Etta Wiggins were then escorted to the Macon County Jail where they were booked into the jail on charges of obstructing justice.

Signed: Michael A. Beck #106  ck
Investigating Officer

PROSECUTION   C42

:CURRED AT 300 N. ILLINOIS

this date, I went to the MSO jail to interview Orlando Allen in reference
 is report. Upon arrival, I was met by Allen. I had previously spoken with
sistant state's attorney Richard Current regarding Allen. Current stated that
 had spoken with Allen's attorney, Jon Baxter and it had been cleared for me
 speak with Allen. I had also received information from assistant state's
torney Jack Ahola that Allen had made contact with the state's attorney office
out talking with a detective regarding the Talley case.

iterview of Orlando M. Allen - B/M - 32  1075 E. William

len was advised of his rights by use of the custodial interview advice form.
len stated he understood his rights and agreed to make a statement.

len stated that he had information regarding the murder of James Talley and he
nted to tell me what he knew. Allen then relayed the following information to

len stated on 04-24-94, he was at his apt of 1084 E. William. Allen stated
at his girlfriend, Etta Wiggins was also present at his apt. Allen could not
call the time, but stated that James Talley and Alvin Lewis had come to his
t at approximately the same time on 04-24-94. Allen stated that Lewis and
lley arrived during daylight hours. Upon arrival, both entered the apt. Later
 this date, another friend identified as Billy Hammer came to the apt.

lley stated that everyone in the apt was smoking crack cocaine. While in the
t, Talley heard a knock on the door. Allen stated that someone asked who was
 the door and the person responded by saying, "it's L.A.". Allen stated he
s not going to open the door at first because they were smoking, but decided
 let L.A. inside. Allen could not remember if he went to the door or if
ggins had allowed L.A. inside. Allen stated that with L.A. was another b/m
len knows as James Delso or 'whami'. Allen also referred to Delso as 'Lee'.
ce inside, Delso and L.A. came upstairs and asked for James Talley. Talley
s in the bathroom at this time, but came outside shortly after L.A. and Delso
rived. After Talley came out of the bathroom, he went into the kitchen with
. and Delso. A short time later, Delso stated that he wanted to go outside
d 'holler' at Talley. Allen stated that Talley then went outside with L.A.
 Delso and that Talley was between them when they went outside. As Talley was
aving, Allen asked Talley if Allen could borrow Talley's lighter while he was
side. Talley stated he would be right back and then lend him the lighter.
lley then went outside with L.A. and Delso.

en stated approximately 2-3 minutes later he heard 3 gunshots. Allen
mediately turned off the ligths and laid on the ground. Allen then began
king out the window waiting for the police to arrive before he went outside.
len saw a police car arrive shortly thereafter and did go outside. When Allen
ived outside, he saw James Talley on the ground attempting to get off the

. mike beck                    BADGE #106
JTE TO     RECORDS    (STATES ATTORNEY)    INVESTIGATION -    COMMAND

ERVISORS SIGNATURE                              ID#              8-2

C43


Ex. O

1  Delso came into court and plead guilty, and I think he is
2  entitled to some credit or consideration for that. He says, I'm
3  guilty of this crime. He is simply asking the Court to impose
4  some fair and reasonable sentence for that. He has a record of
5  convictions; one felony conviction for which he was sentenced to
6  the Department of Corrections. His record certainly is not as
7  extensive as many people the Court has seen. I don't think
8  either his conduct or his record, which would justify the
9  absolute maximum possible sentence that anybody could get for
10 this offense. It's a lot more reasonable to suggest that
11 attempted murder in and of itself carries a minimum of six
12 years. That is by itself a very harsh sentence. Certainly, a
13 sentence somewhere in the range of eight to ten years would be
14 more than sufficient to punish his conduct. Thank you.
15          THE COURT: Any response, Mr. Current?
16          MR. CURRENT: No, sir.
17          THE COURT: The Court does agree in part with Mr.
18 Current. Based upon the testimony we have here today, the Court
19 does believe based upon the evidence that Mr. Delso was involved
20 in the shooting of Mr. Talley, and that apparently occurred
21 April 24, 1994. This offense occurred approximately two
22 months -- no, one month later, May 8, 1994 out at the movie
23 theater. Mr. Current is correct. This is a place where the
24 public was at. The victim's wife was in the car with a small
25                                                              64

Ex. O

# CENTRAL ILLINOIS

Herald & Review                                           Thursday, Septe

## Pending case stiffens man's jail term

- Judge hears testimony about alleged murder before sentencing for mall shooting.

By RON INGRAM
H&R Staff Writer

DECATUR — James Lee Delso pulled a gun from his waist band, put it to the head of James Talley Jr. and shot him, an eyewitness testified Wednesday in Macon County Circuit Court.

As Talley fell to the ground, Delso shot him three more times before running away, Marcus Adams told Circuit Judge Jerry L. Patton.

Delso, 21, formerly of Chicago, was sentenced to 20 years Wednesday after he pleaded guilty to attempting to murder another man in a May 8 shooting outside the Hickory Point Theaters in Forsyth.

But all of the testimony presented by state witnesses dealt with the April 24 shooting of Talley, who died at 3:15 a.m. April 25 in an operating room at St. Mary's Hospital from massive wounds.

Delso, who has told police he is a member of the Insane Vice Lords gang, will stand trial on charges of first-degree murder in the Talley case Oct. 17. He told police he came to Decatur with gang leader Jerome Jones, who was beaten and stabbed to death April 6.

By presenting the chief parts of their case in the Talley murder, prosecutors sought to convince Patton to give Delso the maximum sentence of 30 years in prison for his guilty plea to the attempted murder charge.

"We've presented evidence that (Delso) executed another man," said Richard Current, a Macon County assistant state's attorney. "The protection of the public has to be paramount."

Public Defender Jerry Finney objected to the evidence in the Talley case, calling most of it hearsay and normally inadmissible. Finney argued that charges on which Delso has yet to be tried should not be used as a factor in his sentencing. He suggested a prison term of eight to 10 years would be sufficient punishment.

Patton overruled Finney's objections and allowed all te timony concerning Talley's murder.

"Based on the evidence, this court does believe that James Delso was involved in the shooting of James Talley," Patton said. "This defendant has no regard for the property or persons of other people. I can't imagine some one blazing away at a car with a woman and a small child in it. He has no regard for the public."

Patton then sentenced Delso to 20 years in prison.

In the May 8 shooting, a Decatur man was called to the theaters to pick up someone and then was ambushed outside the theaters. As several men shot at him, he fled to h car, where his wife and 3-year-old child were sea

Bullets shattered the passenger side window wh the woman sat holding the child, and a bullet entered the car' hatchback and was found inside on a blanket. No one was injured in the shooting.

If Delso is convicted of killing Talley following a trial, h faces 20 to 60 years in prison. The state could seek a sentence consecutive to the term Patton gave Delso Wednesday.

C.45