| | Day of Court | |
|---|---|---|
| JLPrs | 10/5/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current and Mr. Rueter. Defendant present in the custody of the Macon County Sheriff and with counsel, Mr. Brinkoetter. Cause called for hearing on the motion for a copy of the transcript. Motion granted. Stipulation by defense counsel that he has received the transcript. Cause called for hearing on the Motion for Change of Venue. Evidence heard. Arguments heard. The motion shall be denied. The Court is of the opinion the Defendant can receive a fair and impartial trial in Macon County. Request by the State to allot the matter for jury trial in October. Motion by Defendant that the trial be continued to November; motion granted. Cause allotted for jury trial November 14, 1994 at 9:30 a.m., Courtroom #2. Representation by defense counsel that he will stipulate to the doctor's testimony concerning the cause of death. |
| S | 10-7-94 | RE: JAMES DELSO:<br>People's additional answer to pretrial discovery order on file October 6, 1 |
| JLP/rs | 10/12/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current. Motion by the State to continue all subpoenas in full force and effect. That motion shall be granted. All subpoenas shall remain in full force and effect until the trial date, November 14, 1994 at 9:30 a.m., Courtroom #2. |
| JLP | 10/18/94 | IN RE: JAMES DELSO<br>Additional Answer to Pre-Trial Discovery Order on file. |
| JLP/rs | 10/28/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current and Mr. Rueter. Defendant present in the custody of the Macon County Sheriff and with counsel, Mr. Brinkoetter. Cause called for pretrial. Written Motion to Compel on file. The motion shall be granted, and defense counsel is directed to tender the State a copy of alibi defense on this date. Written stipulation on file. The trial date of November 14, 1994 at 9:30 a.m., Courtroom #2 shall be confirmed. The prosecution shall provide defense counsel with a list of any conviction of the prospective witnesses for the State on or before November 2, 1994 at 4:00 p.m. |
| S | 11-2-94 | RE: JAMES DELSO: People's additional answer to pretrial discovery order o file October 31, 1994. Defendant's supplemental response to discovery orde on file October 31, 1994. |
| JLP | 11/4/94 | IN RE: JAMES DELSO<br>Additional Answer to Pre-Trial Discovery Order on file as of November 2, 1<br>Presentence Investigation on file as of November 2, 1994. |
| JLP | 2/7/95 | IN RE: ETTA WIGGINS<br>First Report of Violation of Probation on file. |
| JLP | 3/20/95 | IN RE: ETTA J. WIGGINS<br>Correspondence from T.A.S.C. on file in 94 CF 511. |

C 46

```
ASE NUMBER       NAME                                 FILED       CLOSED          DL NUMBER            STATE SEX
                 ADDRESS
-------------------------------------------------------------------------------------------------------------------

993CF000361D 003 ADAMS, MARCUS                        5/17/1993   1/05/1994
                 ARRESTING AGENCY:           County Crm & Juv
                 DEFENSE ATTY:               PUBLIC DEFENDER
                 -----------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:                       1,153.00
                 TOTAL PAID:                      1,015.00
                 BALANCE:                           138.00

                 -----------------------------------------------------------
                 HEARING #01                  12/29/1993   9:30  SCOTT             Sentencing hearing
                 -----------------------------------------------------------
                 CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D  HOURS
                 -----------------------------------------------------------
            1  1 OTHER AMT NARCOTIC SCHED I&II
               DSP  1 Dismiss                                   1/05/1994
            2  1 OTHER AMOUNT CON/COUNT SUB   Guilty
               DSP  1 Guilty                                    1/05/1994
               SNT  1 DOC                                       1/05/1994  00-18-000
-------------------------------------------------------------------------------------------------------------------
993CM001690D 001 ADAMS, MARCUS                        9/30/1993  11/30/1993
                 ARRESTING AGENCY:           County Crm & Juv
                 -----------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:                         100.00
                 TOTAL PAID:                        100.00
                 BALANCE:                              .00

                 -----------------------------------------------------------
                 HEARING #01                  11/30/1993   8:30  HENDRIAN           Pre-trial/sch conf
                 -----------------------------------------------------------
                 CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D  HOURS
                 -----------------------------------------------------------
            1  1 BATTERY                      Guilty
               DSP  1 Guilty                                    11/30/1993
               SNT  1 Jail                                      11/30/1993  00-00-018
            2  1 BATTERY
               DSP  1 Dismiss/State Motion                      11/30/1993
-------------------------------------------------------------------------------------------------------------------
994CF000482D 005 ADAMS, MARCUS                        6/03/1994   8/31/1994
                 ARRESTING AGENCY:           County Crm & Juv
                 DEFENSE ATTY:               PUBLIC DEFENDER
                 -----------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:
                 TOTAL PAID:                            .00
                 BALANCE:                               .00

                 -----------------------------------------------------------
                 HEARING #01                  11/28/1994   9:30  SCOTT              Pre-trial/sch conf
                 -----------------------------------------------------------
                 CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D  HOURS
                 -----------------------------------------------------------
            1  1 MURDER/INTENT TO KILL/INJURE
               DSP  1 Dismiss/State Motion                      8/31/1994
            2  1 MURDER/INTENT TO KILL/INJURE
               DSP  1 Dismiss/State Motion                      8/31/1994
            3  1 MURDER/INTENT TO KILL/INJURE
               DSP  1 Dismiss/State Motion                      8/31/1994
            4  1 MURDER/INTENT TO KILL/INJURE
               DSP  1 Dismiss/State Motion                      8/31/1994
-------------------------------------------------------------------------------------------------------------------
992TR007319D 001 ADAMS, MARCUS L                      6/01/1992   6/01/1992  1/31/1975 NONE
                 1326 E WILLIAM
                 DECATUR              IL  00000-0000
                 -----------------------------------------------------------
                 ARRESTING AGENCY:           City of Decatur
                 ARRESTING OFFICER:
                 -----------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:
                 TOTAL PAID:                          50.00
                 BALANCE:                              .00
```

C47

```
ASE NUMBER      NAME                              FILED     CLOSED          DL NUMBER           STATE SEX
                ADDRESS
------------------------------------------------------------------------------------------------------------
                HEARING #01
                ------------------------------------------------------------------------------------------
                CHARGES                 PLEA/DISPOSITION/SENTENCE    MIN Y-M-D   MAX Y-M-D   HOURS
                ------------------------------------------------------------------------------------------
        1   1 PEDESTRIAN WALKING ON HIGHWAY   Guilty
            DSP  1 Guilty                                 6/01/1992
            SNT  1 Fine                                   6/01/1992
------------------------------------------------------------------------------------------------------------
993CF000590D 001 ADAMS, MARCUS L                 8/05/1993 10/21/1993                            IL
                 ARRESTING AGENCY:       County Crm & Juv
                 DEFENSE ATTY:           PUBLIC DEFENDER
                 ------------------------------------------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:
                 TOTAL PAID:              .00
                 BALANCE:                 .00

                 HEARING #01             10/04/1993  9:30  SCOTT            Pre-trial/sch conf
                 ------------------------------------------------------------------------------------------
                 CHARGES                 PLEA/DISPOSITION/SENTENCE    MIN Y-M-D   MAX Y-M-D   HOURS
                 ------------------------------------------------------------------------------------------
        1   1 ROBBERY                    A Not Guilty
            DSP  1 Not Guilty                             10/21/1993
        2   1 UNLWFL USE FIREARMS/FELON    Not Guilty
            DSP  1 Not Guilty                             10/21/1993
------------------------------------------------------------------------------------------------------------
996TR005374D 001 ADAMS, MARCUS L                 3/26/1996  4/23/1996  1/31/1975                    M
                 1326 E WILLIAM
                 DECATUR          IL  62521-0000

                 ARRESTING AGENCY:       City of Decatur
                 ARRESTING OFFICER:
                 ------------------------------------------------------------------------------------------
                 DUE DATE:                6/14/1996
                 TOTAL DUE:                130.00
                 TOTAL PAID:                15.00
                 BALANCE:                  115.00

                 HEARING #01             6/14/1996  4:00  STEADMAN         Time to pay
                 ------------------------------------------------------------------------------------------
                 CHARGES                 PLEA/DISPOSITION/SENTENCE    MIN Y-M-D   MAX Y-M-D   HOURS
                 ------------------------------------------------------------------------------------------
        1   1 UNLICENSED                 Guilty
            DSP  1 Failure/Pay Notice/SOS                 4/23/1996
            SNT  1 Fine                                   4/23/1996
------------------------------------------------------------------------------------------------------------
998CF000210D 001 ADAMS, MARCUS L                 2/20/1998 10/06/1998  1/31/1975                    M
                 1326 E WILLIAMS
                 DECATUR          IL  62521-0000

                 ARRESTING AGENCY:       County Crm & Juv
                 DEFENSE ATTY:           RAU, BRAD
                 ------------------------------------------------------------------------------------------
                 DUE DATE:
                 TOTAL DUE:                796.00
                 TOTAL PAID:               496.00
                 BALANCE:                  300.00

                 HEARING #01             11/18/1998  1:00  PATTON       3B  Motion hearing
                 ------------------------------------------------------------------------------------------
                 CHARGES                 PLEA/DISPOSITION/SENTENCE    MIN Y-M-D   MAX Y-M-D   HOURS
                 ------------------------------------------------------------------------------------------
        1   1 MANU/DEL CANNABIS/30-500 GRAMS
            DSP  1 Dismiss/State Motion                   10/06/1998
        2   1 POSS CANNABIS/30-500 GRAM/SUBQ    Guilty
            DSP  1 Guilty                                 8/21/1998
```

C 48

```
ASE NUMBER    NAME                                     FILED      CLOSED           B DL NUMBER              STATE SEX
              ADDRESS
------------------------------------------------------------------------------------------------------------------------
              CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D   HOURS
------------------------------------------------------------------------------------------------------------------------
              SNT   1 DOC                                  8/21/1998  03-06-000
          3   1 POSS CANNABIS/30-500 GRAM/SUBQ
          DSP   1 Dismiss/State Motion                     8/21/1998
          4   1 POSS CANNABIS/10-30 GRAM/SUBQ
          DSP   1 Dismiss/State Motion                     8/21/1998
------------------------------------------------------------------------------------------------------------------------
998TR000766D 001 ADAMS, MARCUS L            1/17/1998  4/14/1998  1/31/1975 A35255275031        IL  M
                 1326 E WILLIAM
                 DECATUR         IL  62521-0000
------------------------------------------------------------------------------------------------------------------------
              ARRESTING AGENCY:        City of Decatur
              ARRESTING OFFICER:
------------------------------------------------------------------------------------------------------------------------
              DUE DATE:
              TOTAL DUE:
              TOTAL PAID:                    .00
              BALANCE:                       .00
------------------------------------------------------------------------------------------------------------------------
              HEARING #01              5/15/1998  4:00 SAPPINGTON      238 Time to pay
------------------------------------------------------------------------------------------------------------------------
              CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D   HOURS
------------------------------------------------------------------------------------------------------------------------
          1   1 DL EXPIRED 6 MONTHS OR LESS
          DSP   1 Dismiss/Court                            4/14/1998
------------------------------------------------------------------------------------------------------------------------
998TR000767D 001 ADAMS, MARCUS L            1/17/1998  4/14/1998  1/31/1975 A35255275031        IL  M
                 1326 E WILLIAM
                 DECATUR         IL  62521-0000
------------------------------------------------------------------------------------------------------------------------
              ARRESTING AGENCY:        City of Decatur
              ARRESTING OFFICER:
------------------------------------------------------------------------------------------------------------------------
              DUE DATE:
              TOTAL DUE:                  157.00
              TOTAL PAID:                    .00
              BALANCE:                   157.00
------------------------------------------------------------------------------------------------------------------------
              HEARING #01              1/30/1998  8:30 SAPPINGTON          First appearance
------------------------------------------------------------------------------------------------------------------------
              CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D   HOURS
------------------------------------------------------------------------------------------------------------------------
          1   1 DISREG TRAFFIC CONTROL LIGHT   No Contest
          DSP   1 Failure/Pay Notice/SOS                   4/14/1998
          SNT   1 Fine                                     4/14/1998
------------------------------------------------------------------------------------------------------------------------
997TR017033D 001 ADAMS, MARCUS LAVELL       9/22/1997 11/19/1997  1/31/1975 A35255275031        IL  M
                 1326 EAST WILL ST
                 DECATUR         IL  62521-0000
------------------------------------------------------------------------------------------------------------------------
              ARRESTING AGENCY:        City of Decatur
              ARRESTING OFFICER:
------------------------------------------------------------------------------------------------------------------------
              DUE DATE:
              TOTAL DUE:
              TOTAL PAID:                    .00
              BALANCE:                       .00
------------------------------------------------------------------------------------------------------------------------
              HEARING #01              11/19/1997  8:30 SAPPINGTON         Appearance
------------------------------------------------------------------------------------------------------------------------
              CHARGES                      PLEA/DISPOSITION/SENTENCE   MIN Y-M-D   MAX Y-M-D   HOURS
------------------------------------------------------------------------------------------------------------------------
          .1  1 IMPROP PEDESTRIAN CROSS OF RD
          DSP   1 Dismiss/Court                           11/19/1997
```

| ASE NUMBER | NAME ADDRESS | | FILED | CLOSED | | DL NUMBER | STATE | SEX |
|---|---|---|---|---|---|---|---|---|
| | CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS | | | |

Approximate matches given for search name: ADAMS, MARCUS

C-50

 Cx. R

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, <br> PLAINTIFF, | ) <br> ) <br> ) | NO. 94-CF-482 |
| vs. | ) <br> ) | |
| MARCUS ADAMS, etal | ) <br> ) | |
| Defendants. | ) | |

## MOTION FOR GRANT OF IMMUNITY

NOW COMES Lawrence R. Fichter, State's Attorney of Macon County, Illinois and moves for grant of immunity to Marcus Adams, and as grounds therefor alleges as follows:

THAT Marcus Adams is a material witness in the First Degree Murder of James Talley Jr.; and that he should be released from all liability to be prosecuted under the criminal law, or punished in any way for any offense disclosed by any testimony or evidence he may be required to produce herein before the Circuit Court of Macon County concerning the First Degree Murder of James Talley Jr., except for Perjury.

DATED: August 31, 1994

Lawrence R. Fichter
State's Attorney of Macon
County, Illinois

BY: _Richard A. Current_
Assistant State's Attorney

C-51

**DECATUR POLICE SERVICES DIVISION**
Report No. _____  DECATUR, ILLINOIS


OFFENSE
Ex. 9

# FOLLOW UP INVESTIGATION REPORT

Case Heading ___Talley___   Date of This Report ___04/26/94___

Arrested _____

Page 2 -- INTERVIEW OF: <u>Lether Talley.</u>

Jones? Lether stated that James Talley and Jerome Jones were very close friends and that James Talley had indicated he was going to find out who was responsible for killing Jerome Jones. Lether stated she believes that possibly James got too close or too involved in that situation and that he was killed because he possibly knew too much. Lether stated she had no information regarding the death of Jerome Jones.

Lether stated she had also heard through the grapevine that James Talley had been shot in "Cat Daddy's" apartment and he had then been carried out to the location where he was found by the police. Lether also stated that "Cat Daddy" has supposedly left town, however did ask if "Cat Daddy" was currently in jail.

I then asked Lether if she had any idea who might go by the nickname of "Whammy" or "Waynie"? Lether stated she did not, however, her daughter, Latasha Talley, was sitting in the Lobby and might have an idea who this individual was. I then went to the Lobby and escorted Latasha Talley to the interview room with her mother and myself.

INTERVIEW OF: <u>Latasha Talley, B/F/18, of 723 West Packard, 428-0714.</u>

I asked Latasha Talley if she had any idea who might go by the nickname of "Whammy" or "Waynie"? Latasha Talley first advised me that she had heard an individual who went by the name of "Waymie" and identified him as possibly Wayne Tennison (spelling unknown). Talley stated she had gone to school with this individual for a short time, however this individual had quit school and moved away to another area until approximately one month ago. Talley described this Tennison subject as being a B/M, approximately 18 years of age, 5'7", 150 pounds. Talley stated Tennison had been a student at MacArthur High School. Talley indicated that Tennison was familiar with James Talley and she believed he also knew "Cat Daddy". Talley stated Tennison could be located at the second house west of Vandyke on King Street on the south side of the street. Tennison supposedly lives with his sister at that location. I then left the interview room and attempted to locate any information on Wayne Tennison, however was not successful finding a B/M by that name.

I then returned to the interview room at which time Talley advised me there was an individual who went by the nickname of "Whammy" or "Wham Wham" that she knew of. Talley identified this individual as Wayne Wilder. Talley
CONTINUED                                    Michael A. Beck #106  ck
                          Signed _____
                                    Investigating Officer

PROSECUTION   C-52


# FOLLOW UP INVESTIGATION REPORT

Case Heading: Talley  
Date of This Report: 04/26/94

Arrested: _____

Page 3 -- INTERVIEW OF: Latasha Talley.

had no idea where Wayne Wilder could be located, however stated that Wilder was familiar with her brother, James Talley, however she does not know if Wilder knew "Cat Daddy". I checked records and did locate a record on Timothy Wayne Wilder. There was no indication of Wilder going by the nickname of "Whammy" or "Wham Wham".

I again attempted to contact Torre Wilson at his phone number of 423-3623. I received no answer at that number.

It should be noted during my interview of Charles Talley, Talley advised me he could also be located at his girlfriend's house. Talley's girlfriend was identified as Marva Hentz of 1848 East Wood with a phone number of 425-4737.

Signed: Michael A. Beck #106  ck  
Investigating Officer

C 53

PROSECUTION


| | |
|---|---|
| 1 | MR. FINNEY: Right. |
| 2 | THE COURT: Where is the conflict? Do you represent Mr. Lewis also? |
| 3 | MR. FINNEY: Yes. |
| 4 | THE COURT: You represent both? |
| 5 | MR. FINNEY: Right. |
| 6 | THE COURT: In what, the newer case? |
| 7 | MR. FINNEY: No. Lewis has got other charges pending that he has already talked to the |
| 8 | police, and they've made him certain promises about leniency in those cases in order to get him to testify against |
| 9 | Mr. Delso in this case. |
| 10 | THE COURT: In the murder case? |
| 11 | MR. FINNEY: In the murder case. |
| 12 | THE COURT: But he is not a witness in this particular case, the attempted murder case? |
| 13 | MR. FINNEY: I believe that's correct. |
| 14 | MR. CURRENT: That's correct. |
| 15 | THE COURT: Any response? |
| 16 | MR. CURRENT: Yes, Your Honor. I have brought the court files, and we would ask the Court |
| 17 | to take judicial notice, and I'd like to go through this and give the entire background. |
| 18 | THE COURT: The Court will take judicial notice. |
| 19 | MR. CURRENT: Your Honor, first of all, we start out with the case which is set for |
| 20 | sentencing today. The Defendant has been convicted on his plea of attempt first degree murder. It involved an |
| 21 | incident at the Hickory Point Theaters. As the docket entries indicate, Mr. Delso first appeared in court on |
| 22 | May the 19th of 1994. There were Co-Defendants; they were not alleged to have participated in the shooting, but |
| 23 | were alleged to have been involved in some other criminal activities with the Defendant. All three Defendants |
| 24 | appeared on May the 19th. Mr. Finney was present as the Public Defender. They all waived at preliminary hearing. |