UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| **JAMES DELSO,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | Case No. 05-CV-2197 |
| ) | |
| **DONALD HULICK, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

### ORDER

On September 8, 2005, Petitioner, James Delso, paid the $5.00 filing fee and filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 by a Person in State Custody (#1). Petitioner also filed a Motion for Leave to Proceed in forma pauperis (#2). This Motion is MOOT because the filing fee has been paid. In addition, this court notes that Petitioner named the assistant warden, Richard Birkoty, as Respondent. This court has substituted Warden Donald Hulick as Respondent in this case.

This court now orders that Respondent, Donald Hulick, has sixty (60) days to file a response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. This court further orders that Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

IT IS THEREFORE ORDERED THAT:

(1) Because Petitioner paid the filing fee, his Motion to Proceed in Forma Pauperis (#2) is DENIED as moot.

(2) Donald Hulick, the warden of Illinois River Correctional Center, is substituted as

Respondent in this case.

(3) Respondent has sixty (60) days to file a response to the Petition pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court. Respondent should attach those portions of the state court record which are relevant to Petitioner's claims and to the issues of the statute of limitations, exhaustion of state remedies, and procedural default.

ENTERED this 12th day of September, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE