E-FILED
Wednesday, 08 February, 2006  04:50:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| JAMES DELSO, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 05-CV-2197 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On September 12, 2005, this court entered an Order (#3). In its Order, this court substituted Donald Hulick, the warden of Illinois River Correctional Center, as Respondent. This court also ordered that Respondent had 60 days to respond to the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 by a Person in State Custody (#1) filed by Petitioner, James Delso. To date, no response has been filed.

IT IS THEREFORE ORDERED THAT Respondent has thirty (30) days from the date of this order to show cause, if any he has, why Petitioner's Petition should not be granted by this court based upon the failure to file a response in opposition to the Petition.

ENTERED this 8th day of February, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE