**E-FILED**
Friday, 17 February, 2006 09:42:49 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES DELSO, | ) ) ) | |
| Petitioner, | ) ) | No. 05-2197 |
| Vs. | ) ) | The Honorable Michael P. McCuskey, |
| DONALD HULICK, | ) ) | Judge Presiding. |
| Respondent. | ) | |

## RESPONSE TO RULE TO SHOW CAUSE

Respondent, Donald Hulick, through his attorney, LISA MADIGAN, Attorney General of Illinois, and in response to this Court's February 8, 2006 order (Doc. #4) to show cause regarding respondent's failure to respond to petitioner's petition for habeas corpus answers as follows and also hereby moves this Court for sixty (60) days to answer or otherwise plead to the above-captioned petition for a writ of habeas corpus, from February 8, 2005, to and including April 10, 2006

An affidavit in support of this response is attached hereto.

s/ Russell K. Benton
Russell K. Benton
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2113
FAX: (312) 814-2253
E-mail: Rbenton@atg.state.il.us
Att.Reg.No. 6203142

State of Illinois      )
                       ) SS.
County of Cook         )

## **<u>AFFIDAVIT</u>**

Russell K. Benton, being first duly sworn upon oath, deposes and states as follows:

1.      That I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2.      That respondent's response to the instant federal habeas corpus petition was due to be filed on November 8, 2005.

3.      That the Attorney General was not served with a copy of petitioner's habeas corpus petition and did not receive a copy of this Court's order of September 8, 2005 ordering a response to the petition.  We discovered the existence of this petition on February 14, 2006 when we received this Court's Rule to Show Cause order.  On February 15, 2006, David Iskowich, habeas supervisor of the criminal appeals division, called this Court's chambers and notified the Court that the case would be assigned immediately.  Upon discovering the existence of this Court's order, I was assigned to this matter on the afternoon of February 16, 2006.

4.      That immediately following the filing of this response, I will order the state court materials necessary for filing an informed response to the instant petition, as required by Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court.

5      That the undersigned is filing this response promptly to address this Court's concerns.

6.      That respondent also seeks time to answer or otherwise plead to the instant petition for a writ of habeas corpus.

7.      That respondent respectfully requests this Honorable Court allow him sixty (60) days, to an including April 10, 2006, within which to file his answer or otherwise plead to the instant petition for a writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

s/ Russell K. Benton_____
Russell K. Benton

SUBSCRIBED and SWORN to before
me this 17th day of February, 2006

_____
NOTARY PUBLIC