E-FILED
Friday, 17 February, 2006  09:46:56 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>JAMES DELSO, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | No. 05-2197 |
| Vs. | ) <br> ) | The Honorable<br>Michael P. McCuskey, |
| DONALD HULICK, | ) <br> ) | Judge Presiding. |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006, I electronically filed this response to rule to show cause with the clerk using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the response to rule to show cause to the following non-CM/ECF participant:

James Delso, #B-35965
Illinois Correctional Center
Route 9 West, P.O. Box 999
Canton, Illinois 61520

s/ Russell K. Benton
Russell K. Benton
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2113
FAX: (312) 814-2253
E-mail: Rbenton@atg.state.il.us
Att.Reg.No. 6203142