| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>**RECEIVED** |
| 1. Article Addressed to:<br><br>William Browers<br>Chief Asst. A. G. for the<br> Criminal Bureau<br>12th Floor<br>100 W Randolph St.<br>Chicago, IL 60601<br><br>05-2197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 14 2006<br>ATTORNEY GENERAL<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0001 1719 8250 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540