UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

James Delso,
    Petitioner,

vs.

Case No. 05-CV-2197

Donald Hulick, Warden
    Respondent.

FILED
FEB 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### MOTION FOR DEFAULT JUDGEMENT

Petitioner moves this Court for a Judgement by Default in this action, and show that the Complaint in the above case was filed in the United States District Court, Illinois, Urbana Division on Sept.12,2005; the Summons and Complaint were duly served on the respondent Donald Hulick, Warden on Sept.12,2005 ordering that Respondent had 60days to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2254. No answer or other defense has been filed by the respondent within Sept.12,2005 to Feb.13,2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/109.

S/S *James Delso*
James Delso B-35965
P.O. BOX 1900
Canton, Ill. 61520

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

James Delso
    Petitioner

Case No.05-CV-2197

vs.

Donald Hulick, Warden
    Respondent

NOTICE AND PROOF OF SERVICE

TO:

Please take notice that I have delivered the original, three copies of Motion for Default of Judgement and Declaration for Entry of Default to the Clerk of the above Court by institutional mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowldge pursuant to 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/109.

s/s James Delso