UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

James Delso,
    Petitioner

Case No. 05-CV-2197

vs.

Donald Hulick, Warden
    Respondent

FILED
FEB 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## DECLARATION FOR ENTRY OF DEFAULT

James Delso, Hereby declares:
I am the petitioner herein. The Complaint herein was filed on Sept.12,2005.

The Court files and records show that the respondent were served by proper process and service with copies of petitioner's petition for Writ of Habeas Corpus and said respondent did not respond.

More than 60days have elapsed since the date on which the Respondent herein were served with Summons and a copy of petitioner's petition.

That Respondent have failed to answer or otherwise defend as to petitioner petition, or serve a copy of any answer or defense which it might have had.

Respondent is not in the military and are not infants or incompetents.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowldge pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109.

                                             s/s _James Delso_