UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

James Delso
    Petitioner

Case No. 05-CV-2197

vs.

Donald Hulick, Warden
    Respondent.

**FILED**
FEB 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## REQUEST FOR HEARING

The undersigned hereby requests that the above referred case be set for hearing on the following motion:

(A) <u>Motion for Default Judgement.</u>

s/s _James Delso_