E-FILED
Monday, 20 March, 2006  12:32:53 PM
Clerk, U.S. District Court, ILCD

1    Q    And during the course of that day, did you see

2    someone you know by the name of James Talley?

3    A    Yes.

4    Q    You call him Talley; is that correct?

5    A    Yes.

6    Q    About what time was it you first saw Talley that day?

7    A    Around 3:30; something like that.

8    Q    And did Talley stay there at the house or the

9    apartment with you and Cat Daddy for awhile?

10   A    Yes; besides going to the liquor store or something.

11   Q    So, he went, left for a little a while and came back?

12   A    Uh-huh. (affirmative)

13   Q    Now, during the course of that day, actually in the

14   evening, did you have occasion in the evening to see about 10:00

15   o'clock or 10:30, somewhere around there, a person that you know

16   by the nickname of Whami?

17   A    Yes.

18   Q    Do you see that person in court today?

19   A    Yes.

20   Q    Where is he, please.

21   A    Right there.

22   Q    You pointed over there.  Can you tell us something he

23   is wearing maybe?

24   A    Orange suit.

25                                                        16

C-39

CX. K

```
 1              MR. RUFFER:  May the record please reflect the in-
 2    court identification of the Defendant, Your Honor.
 3              THE COURT:  The record will so reflect.
 4              MR. RUFFER:  Thank you.  At the time that you saw
 5    Whami come up into the apartment, who all was there?
 6       A    Myself, Orlando, Talley, Billy.
 7       Q    Billy, by Billy?
 8       A    I don't know his last name.
 9       Q    Was he just here in the courtroom a moment ago?
10       A    Yes.
11       Q    Who else?
12       A    And Al.
13       Q    Al, okay.  Do you know his last name?
14       A    Louis; something like that.
15       Q    At the time that you saw Whami come into the
16    apartment, was anybody with him?
17       A    Yes.
18       Q    Who was with him?
19       A    L.A.
20       Q    Now, is that a nickname for somebody?
21       A    Yes.
22       Q    All right.  Do you know L.A.'s real name?
23       A    Yes.
24       Q    What's that?
25                                                    37
```

C.40

DECATUR POLICE DEPARTMENT

DECATUR, ILLINOIS

Report No. 94041217

OFFENSE

Ex. 2

# FOLLOW UP INVESTIGATION REPORT

Case Heading __JAMES TALLEY REPORT_____ Date of This Report__04/24/94___

INVESTIGATION    _one 1_

At 2241 hours on Sunday, 04/24/94 myself and several units were sent to 1110 E. William in reference to several shots fired and a man down.

I arrived in the area and found no such address of 1110 E. William but a victim was located on the West sidewalk of 300 block of North Illinois street. The victim was on the sidewalk on the East side of the House at 1084 E. William.

The victim's head was facing North and he was moving around trying to get up. The victim appeared to have a wound around his mouth as he was bleeding from the mouth. The victim was wearing a white t-shirt that was covered in blood.

Engine 1 and SS-1 from the Fire Department responded to the scene as well as DAS members Tony Dowell and Dave Robinson. DAS transported the victim to St. Mary's and Officer Jack Baskett rode in the ambulance.

Officer James Stenger secured the crime scene and located several pieces of evidence. Investigator Randy Chaney later responded and processed the crime scene.

I spoke to Orlando Allen who was at 1084 E. William. Allen said that he was upstairs in bed and he heard three shots and locked outside. Allen said that he did not see anybody leaving the area. I asked Allen if he knew the subject on the ground and he said that he knew him as T and that was all.

I spoke to Etta Williams who said that she was at 1084 E. William upstairs in Bed with Allen who is her boyfriend. Williams said she heard some shots but did not see anyone outside.

Torre Wilson had approached officer Stenger and Wilson was pointed out to me. Wilson said that he was North of the incident about a block away walking South. Wilson said that he saw three people standing on the sidewalk and he heard them yelling like there was an argument. Wilson said that one of the subjects raised his arm and he heard gunshots.

Signed __Marty J. Lowhorn #22_____
Investigating Officer



94041217

DECATUR POLICE SERVICES DIVISION

DECATUR, ILLINOIS

Report No. _____

OFFENSE

*Ex. M*

# FOLLOW UP INVESTIGATION REPORT  6/2/94

Case Heading _____ Talley _____ Date of This Report _____ 06/02/94

Arrested _____

Page 2 -- INTERVIEW OF: <u>Orlando Allen.</u>

I advised Allen we were continuing our investigation into the murder of James Talley and I advised him information had surfaced that he had more knowledge than he had originally given to the police during his initial interview. Allen immediately stated he had told the police everything he knew when he was first interviewed. Allen stated that on the date Talley was killed, 04/24/94, he had been in his house practically all day with Etta Wiggins. Allen did state that James Talley came over to his residence at approximately 8:30 or 9:00 P.M. and that Etta Wiggins and he were the only people in the apartment. Allen stated he was in bed watching TV with Etta Wiggins when Talley came by, that Talley left approximately 15 to 20 minutes later. Allen stated shortly thereafter, James Talley was shot.

I then asked Orlando Allen if Billy Hammer had been by his residence on 04/24/94? Allen stated that Billy Hammer had come by his apartment, however stated it was in the daytime. Allen indicated that Billy Hammer had smoked some crack cocaine, however stated there was no-one else present. Allen then advised me that James Talley had come by earlier on that date, however had not stayed and he was not sure what time this was. I then asked Allen if Alvin Lewis had come by his apartment? Allen stated Alvin Lewis had not been at his apartment and if he had come by the apartment, Orlando Allen was not home at the time Lewis was present.

I advised Allen we had received complete statements from Alvin Lewis and Billy Hammer indicating that 2 B/Males had escorted James Talley from Orlando Allen's apartment just prior to James Talley being shot. Allen stated that this was not true and that he had been in bed with Etta Wiggins shortly before James Talley was shot. Allen stated he had no idea who was responsible for shooting James Talley. The interview with Orlando Allen was then terminated. Allen was also charged with obstructing justice.

Both Orlando Allen and Etta Wiggins were then escorted to the Macon County Jail where they were booked into the jail on charges of obstructing justice.

Signed _____ Michael A. Beck #106   ck
<u>Investigating Officer</u>

‛CATUR POLICE DEPARTMENT    *CX. N*
071294    PAGE 1
\LLEY    RPT# 94041217

=================================================================================

:CURRED AT 300 N. ILLINOIS

this date, I went to the MSO jail to interview Orlando Allen in reference
us report. Upon arrival, I was met by Allen. I had previously spoken with
sistant state's attorney Richard Current regarding Allen. Current stated that
: had spoken with Allen's attorney, Jon Baxter and it had been cleared for me
speak with Allen. I had also received information from assistant state's
.torney Jack Ahola that Allen had made contact with the state's attorney office
out talking with a detective regarding the Talley case.

iterview of Orlando M. Allen — B/M — 32 1075 E. William

len was advised of his rights by use of the custodial interview advice form.
len stated he understood his rights and agreed to make a statement.

len stated that he had information regarding the murder of James Talley and he
nted to tell me what he knew. Allen then relayed the following information to
.

len stated on 04-24-94, he was at his apt of 1084 E. William. Allen stated
at his girlfriend, Etta Wiggins was also present at his apt. Allen could not
call the time, but stated that James Talley and Alvin Lewis had come to his
t at approximately the same time on 04-24-94. Allen stated that Lewis and
lley arrived during daylight hours. Upon arrival, both entered the apt. Later
s date, another friend identified as Billy Hammer came to the apt.

lley stated that everyone in the apt was smoking crack cocaine. While in the
t, Talley heard a knock on the door. Allen stated that someone asked who was
the door and the person responded by saying, "it's L.A.". Allen stated he
s not going to open the door at first because they were smoking, but decided
let L.A. inside. Allen could not remember if he went to the door or if
ggins had allowed L.A. inside. Allen stated that with L.A. was another b/m
len knows as James Delso or 'whami'. Allen also referred to Delso as 'Lee'.
ce inside, Delso and L.A. came upstairs and asked for James Talley. Talley
s in the bathroom at this time, but came outside shortly after L.A. and Delso
rived. After Talley came out of the bathroom, he went into the kitchen with
A. and Delso. A short time later, Delso stated that he wanted to go outside
d 'holler' at Talley. Allen stated that Talley then went outside with L.A.
j Delso and that Talley was between them when they went outside. As Talley was
aving, Allen asked Talley if Allen could borrow Talley's lighter while he was
:side. Talley stated he would be right back and then lend him the lighter.
lley then went outside with L.A. and Delso.

.en stated approximately 2-3 minutes later he heard 3 gunshots. Allen
mediately turned off the ligths and laid on the ground. Allen then began
eking out the window waiting for the police to arrive before he went outside.
len saw a police car arrive shortly thereafter and did go outside. When Allen
rived outside, he saw James Talley on the ground attempting to get off the

=================================================================================

ke beck    BADGE #106
JT TO    RECORDS    STATES ATTORNEY    INVESTIGATION    COMMAND

ERVISORS SIGNATURE    ID#    8-2

=================================================================================

Ex.0

CENTRAL ILLINOIS
Herald & Review
Thursday, Septem

# Pending case stiffens man's jail term

■ Judge hears testimony about alleged murder before sentencing for mall shooting.

**By RON INGRAM**
H&R Staff Writer

DECATUR — James Lee Delso pulled a gun from his waist band, put it to the head of James Talley Jr. and shot him, an eyewitness testified Wednesday in Macon County Circuit Court.

As Talley fell to the ground, Delso shot him three more times before running away, Marcus Adams told Circuit Judge Jerry L. Patton.

Delso, 21, formerly of Chicago, was sentenced to 20 years Wednesday after he pleaded guilty to attempting to murder another man in a May 8 shooting outside the Hickory Point Theaters in Forsyth.

But all of the testimony presented by state witnesses dealt with the April 24 shooting of Talley, who died at 3:15

a.m. April 25 in an operating room at St. Mary's Hospital from massive wounds.

Delso, who has told police he is a member of the insane Vice Lords gang, will stand trial on charges of first-degree murder in the Talley case Oct. 17. He told police he came to Decatur with gang leader Jerome Jones, who was beaten and stabbed to death April 6.

By presenting the chief parts of their case in the Talley murder, prosecutors sought to convince Patton to give Delso the maximum sentence of 30 years in prison for his guilty plea to the attempted murder charge.

"We've presented evidence that (Delso) executed another man," said Richard Current, a Macon County assistant state's attorney. "The protection of the public has to be paramount."

Public Defender Jerry Finney objected to the evidence in the Talley case, calling most of it hearsay and normally inadmissible. Finney argued that charges on which Delso has yet to be tried should not be used as a factor in his sentencing. He suggested a prison term of eight to 10 years would be sufficient punishment.

Patton overruled Finney's objections and allowed all testimony concerning Talley's murder.

"Based on the evidence, this court does believe that James Delso was involved in the shooting of James Talley," Patton said. "This defendant has no regard for the property or persons of other people. I can't imagine some one blazing away at a car with a woman and a small child in it. He has no regard for the public."

Patton then sentenced Delso to 20 years in prison.

In the May 8 shooting, a Decatur man was called to the theaters to pick up someone and then was ambushed outside the theaters. As several men shot at him, he fired to the car, where his wife and 2-year-old child were seated.

Bullets shattered the passenger side window while the woman sat holding the child, and a bullet entered the car's hatchback and was found inside on a blanket. No one was injured in the shooting.

If Delso is convicted of killing Talley following a trial, he faces 20 to 60 years in prison. The state could seek a sentence consecutive to the term Patton gave Delso Wednesday.

*Ex. P*

| | Day of Court | |
|---|---|---|
| JLPrs | 10/5/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current and Mr. Rueter. Defendant present in the custody of the Macon County Sheriff and with counsel, Mr. Brinkoetter. Cause called for hearing on the motion for a copy of the transcript. Motion granted. Stipulation by defense counsel that he has received the transcript. Cause called for hearing on the Motion for Change of Venue. Evidence heard. Arguments heard. The motion shall be denied. The Court is of the opinion the Defendant can receive a fair and impartial trial in Macon County. Request by the State to allot the matter for jury trial in October. Motion by Defendant that the trial be continued to November; motion granted. Cause allotted for jury trial November 14, 1994 at 9:30 a.m., Courtroom #2. Representation by defense counsel that he will stipulate to the doctor's testimony concerning the cause of death. |
| S | 10-7-94 | RE: JAMES DELSO:<br>People's additional answer to pretrial discovery order on file October 6, 1 |
| JLP/rs | 10/12/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current. Motion by the State to continue all subpoenas in full force and effect. That motion shall be granted. All subpoenas shall remain in full force and effect until the trial date, November 14, 1994 at 9:30 a.m., Courtroom #2. |
| JLP | 10/18/94 | IN RE: JAMES DELSO<br>Additional Answer to Pre-Trial Discovery Order on file.' |
| JLP/rs | 10/28/94 | IN RE: JAMES DELSO:<br>People present by Mr. Current and Mr. Rueter. Defendant present in the custody of the Macon County Sheriff and with counsel, Mr. Brinkoetter. Cause called for pretrial. Written Motion to Compel on file. The motion shall be granted, and defense counsel is directed to tender the State a copy of alibi defense on this date. Written stipulation on file. The trial date of November 14, 1994 at 9:30 a.m., Courtroom #2 shall be confirmed. The prosecution shall provide defense counsel with a list of any conviction of the prospective witnesses for the State on or before November 2, 1994 at 4:00 p.m. |
| S | 11-2-94 | RE: JAMES DELSO: People's additional answer to pretrial discovery order o file October 31, 1994. Defendant's supplemental response to discovery orde on file October 31, 1994. |
| JLP | 11/4/94 | IN RE: JAMES DELSO<br>Additional Answer to Pre-Trial Discovery Order on file as of November 2, 1<br>Presentence Investigation on file as of November 2, 1994. |
| JLP | 2/7/95 | IN RE: ETTA WIGGINS<br>First Report of Violation of Probation on file. |
| JLP | 3/20/95 | IN RE: ETTA J.WIGGINS<br>Correspondence from T.A.S.C. on file in 94 CF 511. |

*Ex. Q*

```
ASD NUMBER*      NAME                                    FILED    CLOSED      JB DL NUMBER              STATE SEX
                 ADDRESS
```

```
993CF000361D 003 ADAMS, MARCUS                        5/17/1993  1/05/1994
                 ARRESTING AGENCY:      County Crm & Juv
                 DEFENSE ATTY:          PUBLIC DEFENDER

                 DUE DATE:
                 TOTAL DUE:                1,153.00
                 TOTAL PAID:              1,015.00
                 BALANCE:                   138.00


                 HEARING #01            12/29/1993   9:30  SCOTT           Sentencing hearing

                 CHARGES                PLEA/DISPOSITION/SENTENCE  MIN Y-M-D   MAX Y-M-D  HOURS

      1    1 OTHER AMT NARCOTIC SCHED I&II
           DSP    1 Dismiss                                1/05/1994
      2    1 OTHER AMOUNT CON/COUNT SUB       Guilty
           DSP    1 Guilty                                 1/05/1994
                  SNT    1 DOC                             1/05/1994   00-18-000
```

```
993CM00169CD 001 ADAMS, MARCUS                        9/30/1993 11/30/1993
                 ARRESTING AGENCY:      County Crm & Juv

                 DUE DATE:
                 TOTAL DUE:                  100.00
                 TOTAL PAID:                 100.00
                 BALANCE:                      .00


                 HEARING #01            11/30/1993   8:30  HENDRIAN         Pre-trial/sch conf

                 CHARGES                PLEA/DISPOSITION/SENTENCE  MIN Y-M-D   MAX Y-M-D  HOURS

      1    1 BATTERY                          Guilty
           DSP    1 Guilty                              11/30/1993
                  SNT    1 Jail                         11/30/1993   00-00-018
      2    1 BATTERY
           DSP    1 Dismiss/State Motion                11/30/1993
```

```
994CF000482D 005 ADAMS, MARCUS                        6/03/1994  8/31/1994
                 ARRESTING AGENCY:      County Crm & Juv
                 DEFENSE ATTY:          PUBLIC DEFENDER

                 DUE DATE:
                 TOTAL DUE:
                 TOTAL PAID:                   .00
                 BALANCE:                      .00


                 HEARING #01            11/28/1994   9:30  SCOTT           Pre-trial/sch conf

                 CHARGES                PLEA/DISPOSITION/SENTENCE  MIN Y-M-D   MAX Y-M-D  HOURS

      1    1 MURDER/INTENT TO KILL/INJURE
           DSP    1 Dismiss/State Motion                 8/31/1994
      2    1 MURDER/INTENT TO KILL/INJURE
           DSP    1 Dismiss/State Motion                 8/31/1994
      3    1 MURDER/INTENT TO KILL/INJURE
           DSP    1 Dismiss/State Motion                 8/31/1994
      4    1 MURDER/INTENT TO KILL/INJURE
           DSP    1 Dismiss/State Motion                 8/31/1994
```

```
992TR007319D 001 ADAMS, MARCUS L                      6/01/1992  6/01/1992  1/31/1975 NONE
                 1326 E WILLIAM
                 DECATUR          IL  00000-0000


                 ARRESTING AGENCY:      City of Decatur
                 ARRESTING OFFICER:

                 DUE DATE:
                 TOTAL DUE:
                 TOTAL PAID:                 50.00
                 BALANCE:                      .00
```

| ASE NUMBER | NAME / ADDRESS | FILED | CLOSED | JB DL NUMBER | STATE | SEX |
|---|---|---|---|---|---|---|

---

**HEARING #01**

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

1  1 PEDESTRIAN WALKING ON HIGHWAY    Guilty
   DSP   1 Guilty                                6/01/1992
       SNT   1 Fine                              6/01/1992

---

993CF000590D 001 ADAMS, MARCUS L          8/05/1993 10/21/1993                    IL
             ARRESTING AGENCY:    County Crm & Juv
             DEFENSE ATTY:        PUBLIC DEFENDER

             DUE DATE:
             TOTAL DUE:
             TOTAL PAID:          .00
             BALANCE:             .00

**HEARING #01**        10/04/1993   9:30  SCOTT           Pre-trial/sch conf

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

1  1 ROBBERY               A Not Guilty
   DSP   1 Not Guilty                          10/21/1993
2  1 UNLWFL USE FIREARMS/FELON    Not Guilty
   DSP   1 Not Guilty                          10/21/1993

---

996TR005374D 001 ADAMS, MARCUS L          3/26/1996  4/23/1996  1/31/1975          M
             1326 E WILLIAM
             DECATUR          IL  62521-0000

             ARRESTING AGENCY:    City of Decatur
             ARRESTING OFFICER:

             DUE DATE:            6/14/1996
             TOTAL DUE:           130.00
             TOTAL PAID:          15.00
             BALANCE:             115.00

**HEARING #01**        6/14/1996   4:00  STEADMAN         Time to pay

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

1  1 UNLICENSED            Guilty
   DSP   1 Failure/Pay Notice/SOS                4/23/1996
       SNT   1 Fine                              4/23/1996

---

998CF000210D 001 ADAMS, MARCUS L          2/20/1998 10/06/1998  1/31/1975          M
             1326 E WILLIAMS
             DECATUR          IL  62521-0000

             ARRESTING AGENCY:    County Crm & Juv
             DEFENSE ATTY:        RAU, BRAD

             DUE DATE:
             TOTAL DUE:           796.00
             TOTAL PAID:          496.00
             BALANCE:             300.00

**HEARING #01**        11/18/1998   1:00  PATTON      3B  Motion hearing

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

1  1 MANU/DEL CANNABIS/30-500 GRAMS
   DSP   1 Dismiss/State Motion                  10/06/1998
2  1 POSS CANNABIS/30-500 GRAM/SUBQ   Guilty
   DSP   1 Guilty                                8/21/1998

| ASE NUMBER | NAME ADDRESS | FILED | CLOSED | JB DL NUMBER | STATE | SEX |
|---|---|---|---|---|---|---|

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

|  | SNT   1 DOC |  | 8/21/1998 | 03-06-000 |  |
| 3   1 | POSS CANNABIS/30-500 GRAM/SUBQ |  |  |  |  |
| DSP   1 | Dismiss/State Motion |  | 8/21/1998 |  |  |
| 4   1 | POSS CANNABIS/10-30 GRAM/SUBQ |  |  |  |  |
| DSP   1 | Dismiss/State Motion |  | 8/21/1998 |  |  |

---

**998TR000766D 001 ADAMS, MARCUS L**   1/17/1998  4/14/1998  1/31/1975 A35255275031   IL   M
1326 E WILLIAM
DECATUR        IL  62521-0000

ARRESTING AGENCY:    City of Decatur
ARRESTING OFFICER:

DUE DATE:
TOTAL DUE:
TOTAL PAID:          .00
BALANCE:             .00

HEARING #01        5/15/1998  4:00 SAPPINGTON      238  Time to pay

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|
| 1   1 DL EXPIRED 6 MONTHS OR LESS |  |  |  |  |
| DSP   1 Dismiss/Court | 4/14/1998 |  |  |  |

---

**998TR000767D 001 ADAMS, MARCUS L**   1/17/1998  4/14/1998  1/31/1975 A35255275031   IL   M
1326 E WILLIAM
DECATUR        IL  62521-0000

ARRESTING AGENCY:    City of Decatur
ARRESTING OFFICER:

DUE DATE:
TOTAL DUE:          157.00
TOTAL PAID:          .00
BALANCE:            157.00

HEARING #01        1/30/1998  8:30 SAPPINGTON      First appearance

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|
| 1   1 DISREG TRAFFIC CONTROL LIGHT | No Contest |  |  |  |
| DSP   1 Failure/Pay Notice/SOS | 4/14/1998 |  |  |  |
| SNT   1 Fine | 4/14/1998 |  |  |  |

---

**997TR017033D 001 ADAMS, MARCUS LAVELL**   9/22/1997 11/19/1997  1/31/1975 A35255275031   IL   M
1326 EAST WILL ST
DECATUR        IL  62521-0000

ARRESTING AGENCY:    City of Decatur
ARRESTING OFFICER:

DUE DATE:
TOTAL DUE:
TOTAL PAID:          .00
BALANCE:             .00

HEARING #01        11/19/1997  8:30 SAPPINGTON      Appearance

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|
| 1   1 IMPROP PEDESTRIAN CROSS OF RD |  |  |  |  |
| DSP   1 Dismiss/Court | 11/19/1997 |  |  |  |

| ASE NUMBER | NAME ADDRESS | FILED | CLOSED | JB DL NUMBER | STATE SEX |
|---|---|---|---|---|---|

| CHARGES | PLEA/DISPOSITION/SENTENCE | MIN Y-M-D | MAX Y-M-D | HOURS |
|---|---|---|---|---|

Approximate matches given for search name: ADAMS, MARCUS

Cx. R

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS

MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| PLAINTIFF, | ) | NO. 94-CF-482 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARCUS ADAMS, etal | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR GRANT OF IMMUNITY

NOW COMES Lawrence R. Fichter, State's Attorney of Macon County, Illinois and moves for grant of immunity to Marcus Adams, and as grounds therefor alleges as follows:

THAT Marcus Adams is a material witness in the First Degree Murder of James Talley Jr.; and that he should be released from all liability to be prosecuted under the criminal law, or punished in any way for any offense disclosed by any testimony or evidence he may be required to produce herein before the Circuit Court of Macon County concerning the First Degree Murder of James Talley Jr., except for Perjury.

DATED: August 31, 1994

Lawrence R. Fichter
State's Attorney of Macon
County, Illinois

BY: Richard G. Current
Assistant State's Attorney

P.51

DECATUR POLICE SERVICES DIVISION

DECATUR, ILLINOIS

Report No. _____ 94048847



OFFENSE

Ex. S

# FOLLOW UP INVESTIGATION REPORT

Case Heading _____ Talley _____ Date of This Report _____ 04/26/94

Arrested _____

## Page 2 -- INTERVIEW OF: Lether Talley.

Jones? Lether stated that James Talley and Jerome Jones were very close friends and that James Talley had indicated he was going to find out who was responsible for killing Jerome Jones. Lether stated she believes that possibly James got too close or too involved in that situation and that he was killed because he possibly knew too much. Lether stated she had no information regarding the death of Jerome Jones.

Lether stated she had also heard through the grapevine that James Talley had been shot in "Cat Daddy's" apartment and he had then been carried out to the location where he was found by the police. Lether also stated that "Cat Daddy" has supposedly left town, however did ask if "Cat Daddy" was currently in jail.

I then asked Lether if she had any idea who might go by the nickname of "Whammy" or "Waynie"? Lether stated she did not, however, her daughter, Latasha Talley, was sitting in the Lobby and might have an idea who this individual was. I then went to the Lobby and escorted Latasha Talley to the interview room with her mother and myself.

## INTERVIEW OF: Latasha Talley, B/F/18, of 723 West Packard, 428-0714.

I asked Latasha Talley if she had any idea who might go by the nickname of "Whammy" or "Waynie"? Latasha Talley first advised me that she had heard an individual who went by the name of "Waymie" and identified him as possibly Wayne Tennison (spelling unknown). Talley stated she had gone to school with this individual for a short time, however this individual had quit school and moved away to another area until approximately one month ago. Talley described this Tennison subject as being a B/M, approximately 18 years of age, 5'7", 150 pounds. Talley stated Tennison had been a student at MacArthur High School. Talley indicated that Tennison was familiar with James Talley and she believed he also knew "Cat Daddy". Talley stated Tennison could be located at the second house west of Vandyke on King Street on the south side of the street. Tennison supposedly lives with his sister at that location. I then left the interview room and attempted to locate any information on Wayne Tennison, however was not successful finding a B/M by that name.

I then returned to the interview room at which time Talley advised me there was an individual who went by the nickname of "Whammy" or "Wham Wham" that she knew of. Talley identified this individual as Wayne Wilder. Talley

CONTINUED

Signed _____ Michael A. Beck #106  ck

Investigating Officer

DECATUR POLICE SERVICES DIVISION

DECATUR, ILLINOIS

Report No. _____



OFFENSE

Ex. T

# FOLLOW UP INVESTIGATION REPORT

Case Heading _____ **Talley** _____ Date of This Report _____ 04/26/94

Arrested _____

Page 3 -- INTERVIEW OF: <u>Latasha Talley.</u>

had no idea where Wayne Wilder could be located, however stated that Wilder was familiar with her brother, James Talley, however she does not know if Wilder knew "Cat Daddy". I checked records and did locate a record on Timothy Wayne Wilder. There was no indication of Wilder going by the nickname of "Whammy" or "Wham Wham".

I again attempted to contact Torre Wilson at his phone number of 423-3623. I received no answer at that number.

It should be noted during my interview of Charles Talley, Talley advised me he could also be located at his girlfriend's house. Talley's girlfriend was identified as Marva Hentz of 1848 East Wood with a phone number of 425-4737.

Signed _____ **Michael A. Beck #106** ck

<u>Investigating Officer</u>

C 53

CRIME STOPPER CALL SHEET
*******************************************************************************
CODE:94-035                    CALL 04/26/94                    TIME: 10:45

TYPE OF CRIME: MURDER
LOCATION OF CRIME: WILLIAM/ILL
SUSPECT NAME:
SUSPECT ADDRESS:
SUSPECT DESCRIPTION:
VEHICLE DESCRIPTION:SEE NARRATIVE
*******************************************************************************
                              NARRATIVE:
CALLER STATED THAT ABOUT 35 MINUTES PRIOR TO  THE  SHOOTING  A  DATSUN
RUSTY    ORANGE   IN  COLOR  WAS  PARKED  IN  THE PARKING LOT CORNER OF
EAST/WOOD STREET.    IN AND AROUND THE CAR WAS 5 B/M'S  ONE  WAS  ON  A
BIKE.     ABOUT 35 MINUTES LATER CALLER WAS ON FRONT PORCH  AND HEARD 6
SHOTS.    ABOUT 5 SECONDS AFTER THE SHOTS WERE HEARD CALLER OBSERVED  A
VAN   ABOUT   1985 DARK IN COLOR WITH A PINKISH STRIPE DOWN THE SIDE AND
ON THE DRIVERS SIDE WAS A TINTED WINDOW BEHIND THE DRIVERS DOOR.    THE
VAN   WAS   DRIVEN BY A B/M/ SHORT HAIR.   THE VAN WAS OBSERVED SOUTH ON
EAST STREET.   WENT TO WOOD AND TURNED  WEST  ON  WOOD  AND  WAS  LAST
OBERVED GOING WEST ON WOOD FROM JASPER.   CALLER THOUGHT IT WAS UNUSUAL
THAT   THE   VAN DID NOT HAVE ITS HEADLIGHTS ON FROM THE TIME THE CALLER
SAW IT TO THE TIME OBSERVATION WAS LOST  ON  THE  VAN.    CALLER  ALSO
STATED   THAT  AFTER  THE SHOTS WERE HEARD THE VAN SPED UP AND LEFT THE
AREA IN A HURRY.
CALL BACK DATE: 04/??/94
                                          CALL RECEIVED BY: W.HUGHES
*******************************************************************************
INFO TO DET/PATROL/NAR/MSO/JUV/TAC/CA/OTHERS _____

INFORMATION WAS  -  UNFOUNDED  -  GOOD, BUT NO ARREST  - ARREST MADE

RPT. NAME OR NUMBER: TALLEY RPT._____
CHARGES:_____
_____
DID CALLER HELP TO GET WARRANT:             YES         NO'

DOLLAR VALUE OF PROPERTY/NARCOTICS SEIZED/RECOVERED: $_____
DOLLAR VALUE OF CASH SEIZED/RECOVERED: $_____
ADDITIONAL INFORMATION OR QUESTIONS FOR CALLER:_____

_____

SGT. NAME _____DATE_____

C. 54

Jan. 23, 1989.

Dear Jatasha Talley,

I am writing in regards to your statement that was taken on 4-26-98 by officer Boch. In your statement (that's attached) you mention various names of people who go by the nickname "Whammy or Wayne and Wham Wham" to the police. One of those persons was Wayne Tennison who went by the name "Wayne." (8 yrs, 5'7", 150 pounds, and another person as Wayne Wilder also went by the nickname of "Whammy or Wham Wham". Your statement should have been presented to the courts and I am trying to present it to the courts but I will need you to sign the attached affidavit and mail it back to me. Thank you for your time and effort.

Thank You!
Jesse Dabo #5-25765
P.O. Box 112
Joliet, Ill. 60434

C-55

Jan. 23, 1998

Dear Tracy Wilson,

I am writing in regards to your statement that was taken on 5-29-94 by officer Beck. In your statement (that's attached) you said that "Cat Daddy" was standing 3 feet away from and unknown B/M and James Talley when he was shot. You also told police that "Cat Daddy" ran west t his apartment and then south. You also said that you spoke with "Cat Daddy" the following day and he advised you to not fuck with it, which he was refering to the death of James Talley. Your statement should have been in court and I am trying to get it into court, but I will need for you to sign the attached affidant and mail the affidant back. Thank you for your time and consideration.

Thank You!
James Wilson # R-35965
P.O. Box 112
Joliet, Ill. 60434

C-56

Jan 23, 1777

Dear Marvin Reed

I am writing in regards to your statement that was taken on 5-12-87 by officer Beck. In your statement (that attached) you said that you have been asking around about who was responsible for killing James Talley and shortly after asking around about who was responsible for killing James Talley, "Cot Daddy" (Orlando Allen) saw you and began shooting at you for trying to find out who shot James Talley. Marvin your statement should have been presented to the court and I am trying to present it to the court, but I will need you to sign that attached affidavit verifying that your statement is true. So after you sign it mail it back to me. Thank you for your time and consideration.

Thank You!

James Dukes II B-35965
P.O. Box 112
Joliet, Ill. 60434

C-57

Jan. 23, 1998

Dear Dr. Blunt,

I am writing in concern to your statement that was taken by officer Dich on 4-28-84. In your statement (that's attached) that was given to Dich you described the b/m as being 5'8" wearing either a dark ti-shirt or a dark jacket. So, it would be of help if you would sign the attached officer's ~~copy~~ verifying that your statement is true and send it back to me. Thank you for your time and consideration.

Thank You!

James Wilson #B-35865

P.O. Box 112

Joliet, Il. 60434

C-58

Jan 23, 1999

Dear Father Talley,

I am writing in concern of your statement that was taken by officer Such 4-26-98 and 4-25-98 by officer Montgomery. On 4-26-98 you told police that you heard that "Cat Daddy (aka Orlando Allen) was responsible for the shooting death of your brother and on 4-25-98 and anonymous female spoke to police Montgomery and told them that "Cat Daddy" was the subject who did kill James Talley. She also told police that she has pertinent information that will lead investigators to "Cat Daddy". She also told police that by tomorrow afternoon, she may have enough information which will positively link "Cat Daddy" to the shooting and possibly even retrieve the gun which was involved in the shooting. The said statements is attached to this letter along with and affidavit saying the same thing that is this letter. Father your statements along with the female statement should have been use in court. I am trying to get it in court and in doing so I will need you and your friend to sign the affidavits and mail them back. Thank you for your time and consideration.

Thank You!

James Wilson
W-35765
P.O. Box 112
Joliet, Ill, 60434

C. 59

Jan. 23, 1999

Dear Charles Talley,

I am writing in concern of your statement that was given to officer Burk 1-26-99. In your statement (that's attached) that was given to this officer you told him that while you were in jail you heard that "Cat Daddy" had possibly set James Talley up. It will be of useful help if you would sign the attached affidavit verifying that your statement is true. Also, I will need you to mail the affidavit back.

Thank You!

James Oliver
B-35765
P.O. Box 112
Joliet, Ill. 60434

C-60

STATE OF ILLINOIS,

COUNTY OF __MACON__ } ss.     I, __KATHY A. HOTT__,

Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify the foregoing to be a true, perfect and complete copy of __THE PETITION FOR POST CONVICTION RELIEF SECOND__

__PETITION ON FILE IN CAUSE NO:   94-CF-482   ENTITLED:   THE PEOPLE OF THE STATE__

__OF ILLINOIS : VS   JAMES DELSO   AS THE SAME APPEARS BY COMPARISION WITH THE__

__ORIGINAL  PETITION FOR POST-CONVICTION RELIEF SECOND PETITION NOW ON FILE AND__

__IN THIS OFFICE REMAINING.__

(Seal of court)

Dated __MARCH   3__, 20 06

_(signature)_

(Clerk of the Circuit Court)

By: __BH__

(Deputy)

---

STATE OF ILLINOIS,

COUNTY OF __MACON__ } ss.     I, __JOHN K. GREANIAS__,

Judge of the Circuit Court of said County, do hereby certify that __KATHY A. HOTT__

_____, whose name is subscribed to the foregoing Certificate of Attestation, now is, and was at the time of signing and sealing the same, Clerk of the Circuit Court of __MACON__ County aforesaid, and keeper of the Records and Seal thereof, duly elected and qualified to office; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere; and that his said attestation is in due form of law, and by the proper officer.

(Seal of court)

_(signature)_

(Judge)

---

STATE OF ILLINOIS,

COUNTY OF __MACON__ } ss.     I, __KATHY A. HOTT__,

Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify that_____

__JOHN K. GREANIAS__, whose genuine signature appears to the foregoing certificate, was at the time of the signing the same, Judge of the Circuit Court of said County duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere.

(Seal of court)

Dated __MARCH   3__, 20 06

_(signature)_

(Clerk of the Circuit Court)

By: __BH__

(Deputy)