E-FILED
Monday, 20 March, 2006 12:33:33 PM
Clerk, U.S. District Court, ILCD

*[handwritten notes: "Contact Macon County Circuit Ct", "Barb at 217-xxx-xxxx", "general #", "ask for Barb in Criminal / Felony Division"]*

Macon County Search Results

**New Search**      **Go Back**      **Close Window**

**Record**

## Specific Case Information

You may select additional case information for this specific case by selecting from one of the 5 tabs shown below.

**CASE #:** 1994 CF 000482

**LITIGANT NAME:** DELSO, JAMES A/K/A DEAN

**CLOSED DATE:** 11/14/1994

Bottom

| RECORD SHEET | CIVIL DISPOSITION | CRIMINAL DISPOSITION | COURT DATES | PAYMENT SUMMARY |
|---|---|---|---|---|

| DATE | REMARKS |
|---|---|
| 11/20/97 | **Complaint filed on 06/03/1994. |
| 11/20/97 | Motion to file and Proceed in Forma Pauperis and Appointment of |
| 11/20/97 | Counsel on file this date. (cp) |
| 11/20/97 | ---------------------------------------------------------------------- |
| 12/02/97 | Correspondence from defendant on file this date. (cp) |
| 12/02/97 | ---------------------------------------------------------------------- |
| 12/02/97 | After reviewing the court file and the Defendant's Petition for |
| 12/02/97 | Post-Conviction Relief, this Court finds that the Defendant was |
| 12/02/97 | actually sentenced in open court on November 14, 1994 and the |
| 12/02/97 | mittimus was signed by the Court on November 15, 1994. The Clerk's |
| 12/02/97 | file mark indicates that the Defendant's Petition was received |
| 12/02/97 | November 20, 1997. After reviewing Chapter 725 ILCS 5/122-1(c), |
| 12/02/97 | this Petition was not filed within three years from the date of the |
| 12/02/97 | conviction, and the Petitioner has not alleged facts showing that |
| 12/02/97 | the delay was not due to his own negligence. Therefore, the |
| 12/02/97 | Defendant's Post-Conviction Petition shall be denied by the Court |
| 12/02/97 | since it was not filed within the statutory three-year time period. |
| 12/02/97 | The Defendant has 30 days with which to file a notice of appeal. |
| 12/02/97 | ---------------------------------------------------------------------- |
| 12/22/97 | Notice of Motion To Proceed as a Poor Person Appointment of Counsel |
| 12/22/97 | and For A Free Copy of the REcord of Proceedings on file as of |
| 12/22/97 | Dec. 19, 1997. ch |
| 12/22/97 | ---------------------------------------------------------------------- |
| 12/23/97 | The Public Defender Appellate Counsel is appointed to assist the |
| 12/23/97 | Defendant with his appeal. Clerk to notify the Public Defender |
| 12/23/97 | Appellate Counsel and the Defendant. |
| 12/23/97 | ---------------------------------------------------------------------- |
| 12/29/97 | Certificate of Mailing on file as of Dec. 29, 1997. ch |
| 12/29/97 | ---------------------------------------------------------------------- |
| 12/30/97 | Correspondence from defendant on file this date. (cc). |
| 12/30/97 | ---------------------------------------------------------------------- |
| 02/26/98 | Circuit clerk's certificate of mailing on file this date for purposes |
| 02/26/98 | of mailing of post-conviction appeal to appellate court fourth |

EXHIBIT C

| | |
|---|---|
| 02/26/98 | judicial district. (cc). |
| 02/26/98 | ------------------------------------------------------------------------ |
| 05/06/99 | Correspondence from defendant on file this date. (cp) |
| 05/06/99 | ------------------------------------------------------------------------ |
| 09/13/99 | Amendment to Petitioner's Pro Se Post Conviction Petition on file |
| 09/13/99 | this date.(cp) |
| 09/13/99 | ------------------------------------------------------------------------ |
| 09/27/99 | Petition for Writ of Habeas Corpus Ad Testificandum on file this date. |
| 09/27/99 | ------------------------------------------------------------------------ |
| 10/05/99 | Order Dismissing Post Conviction Petition as "Frivolous and/or |
| 10/05/99 | Patently Without Merit on file. |
| 10/05/99 | ------------------------------------------------------------------------ |
| 10/06/99 | Certificate of Mailing Order Dismissing Post Conviction Petition as |
| 10/06/99 | Frivolous and/or Patetly Without Merit to Mr. James Delso at Joliet, |
| 10/06/99 | Illinois as of Oct. 6, 1999.ch |
| 10/06/99 | ------------------------------------------------------------------------ |
| 10/18/99 | Correspondence from defendant on file this date. (cp) |
| 10/18/99 | ------------------------------------------------------------------------ |
| 10/21/99 | Notice of Appeal from Mr. Delso on file as of Oct. 21, 1999.ch |
| 10/21/99 | ------------------------------------------------------------------------ |
| 11/01/99 | Certificate of Mialing Notice of Appeal to Honorable Darryl Pratscher |
| 11/01/99 | ------------------------------------------------------------------------ |
| 11/01/99 | Honorable Lawrence Ficnter as of Nov, 1, 1999.ch. |
| 11/01/99 | ------------------------------------------------------------------------ |
| 11/04/99 | The Defendant's Motion for Appelate Defender shall be granted. |
| 11/05/99 | ------------------------------------------------------------------------ |
| 11/05/99 | Certificate of Mailing Notice of Appeal to State Appellate Defender |
| 11/05/99 | as_of Nov. 5, 1999.ch |
| 11/05/99 | ------------------------------------------------------------------------ |
| 12/09/99 | Circuit Clerk's Certificate of Mailing in re: Appeal(Common Law Record |
| 12/09/99 | to_Darryl Pratscher and Defendant on file this date.(cp) |
| 12/09/99 | ------------------------------------------------------------------------ |
| 12/09/99 | ------------------------------------------------------------------------ |
| 12/20/99 | Correspondence from defendant on file this date. (cp) |
| 12/20/99 | ------------------------------------------------------------------------ |
| 03/10/00 | Circuit Clerk's Certificate of Mailing in re: Original Common Law |
| 03/10/00 | Record to Appellate Defender on file this date.(cp) |
| 03/10/00 | ------------------------------------------------------------------------ |
| 03/15/00 | Return Receipt on file this date.(cp) |
| 03/15/00 | ------------------------------------------------------------------------ |
| 03/21/00 | Certificate of Mailing filed in re: Report of Proceedings dated |
| 03/21/00 | 11/14/94 on file this date.(cp) |
| 03/21/00 | ------------------------------------------------------------------------ |
| 08/01/00 | Motion for Leave to File and Proceed in Forma Pauperis, Petition |

| | |
|---|---|
| 08/01/00 | for Post Conviction Relief Second Petition, and Memorandun of |
| 08/01/00 | Law on file Aug 1, 2000.lb |
| 08/01/00 | ------------------------------------------------------------------- |
| 08/01/00 | Certificate of mailing to defendant on Aug 1, 2000 of Petition for |
| 08/01/00 | Post Conviction Relief Second Petition on file this date.lb |
| 08/01/00 | ------------------------------------------------------------------- |
| 11/08/00 | Motion for Appointment of Counsel other Than Office of the |
| 11/08/00 | State's Attorney Office |
| 11/08/00 | ------------------------------------------------------------------- |
| 04/02/01 | Mandate from the Appellate Court filed on 03/14/01. (CC) |
| 04/02/01 | ------------------------------------------------------------------- |
| 04/18/01 | Circuit Clerk's Certificate of Mailing filed. (cc) |
| 04/18/01 | ------------------------------------------------------------------- |
| 05/02/01 | Return Receipt with Service on 04/21/01 from JAMES DELSO |
| 05/02/01 | filed. (cc) |
| 05/02/01 | ------------------------------------------------------------------- |
| 05/02/01 | Notice of Filing, Notice of Appeal, Motion for Appointment of |
| 05/02/01 | Counsel, Motion to Proceed in Forma Pauperis and Affidavit filed. (cc) |
| 05/02/01 | ------------------------------------------------------------------- |
| 10/23/01 | File examined. Findings: |
| 10/23/01 | (1) That an Order Denying Leave to File Second Post-Conviction |
| 10/23/01 | Petition was entered and filed 4-18-01. |
| 10/23/01 | (2) Petitioner filed his Notice of Appeal and Motion for |
| 10/23/01 | Appointment of Counsel 5-2-01. |
| 10/23/01 | Wherefore, the Motion for Appointment of Counsel is allowed. |
| 10/23/01 | Appellate Public Defender appointed. Clerk ordered to notify |
| 10/23/01 | the Appellate Public Defender and Petitioner and to transmit |
| 10/23/01 | Notice of Appeal to the Appellate Court. |
| 10/23/01 | ------------------------------------------------------------------- |
| 10/29/01 | Notice of Appeal on file this date.(cp) |
| 10/29/01 | ------------------------------------------------------------------- |
| 10/29/01 | Circuit Clerk's Certificate of Mailing in re: Notice of Appeal on file |
| 10/29/01 | this date to: Darryl Pratscher and State Appellate Defender.(cp) |
| 10/29/01 | ------------------------------------------------------------------- |
| 11/27/01 | Circuit Clerk's Certificate of Mailing in re: Appeal(Common Law Record |
| 11/27/01 | and Report of Proceedings) to Darryl Pratscher and Defendant on file |
| 11/27/01 | this date.(cp) |
| 11/27/01 | ------------------------------------------------------------------- |
| 12/11/01 | Correspondence from defendant on file.cc |
| 12/11/01 | ------------------------------------------------------------------- |
| 04/08/03 | Finding that the Mandate and Order of the Appellate Court reversing |
| 04/08/03 | and remanding the dismissal of Petitioner's Petition for Post- |
| 04/08/03 | Conviction Relief (filed November 20, 1997) was file marked |
| 04/08/03 | October 1, 1999, but not noted on the record sheet. The cause |

| | |
|---|---|
| 04/08/03 | is_allotted for further status and designation of counsel on |
| 04/08/03 | that Petition. |
| 04/08/03 | Status hearing set for 04/23/2003 at 01:30 in courtroom 3B. |
| 04/08/03 | -------------------------------------------------------------------------- |
| 04/08/03 | Certificate of Mailing filed. |
| 04/08/03 | -------------------------------------------------------------------------- |
| 04/23/03 | People present by Mr. Current. Attorney Joseph Vigneri present. |
| 04/23/03 | Finding by the Court that there are currently no issues to be |
| 04/23/03 | addressed by the Circuit Court. Cause continued to further order |
| 04/23/03 | of_court. |
| 04/23/03 | -------------------------------------------------------------------------- |
| 08/11/04 | Certificate of Mailing filed. (cc) |
| 08/11/04 | -------------------------------------------------------------------------- |
| 09/02/04 | Correspondence from Appellate Court filed this date.(cc) |
| 09/02/04 | -------------------------------------------------------------------------- |
| 09/01/05 | Mandate from Appellate Court on file this date in re: Appeal |
| 09/09/05 | -------------------------------------------------------------------------- |
| 09/09/05 | Received from the Appellate Court 1 Volume of Common Law and |
| 09/09/05 | 3 Report of Proceeding on file. cc |
| 09/09/05 | -------------------------------------------------------------------------- |
| 10/11/05 | Correspondence from Appellate Court filed this date.(cc) |
| 10/11/05 | -------------------------------------------------------------------------- |

Top

Copyright © 2004 Macon County, Illinois.  All Rights Reserved.  **Disclaii**