STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the ninth day of May, 2005.

Present: Mary Ann G. McMorrow, Chief Justice
Justice Charles E. Freeman    Justice Thomas R. Fitzgerald
Justice Robert R. Thomas      Justice Thomas L. Kilbride
Justice Rita B. Garman        Justice Lloyd A. Karmeier

---

On the twenty-fifth day of May, 2005, the Supreme Court entered the following judgment:

No. 100297

People State of Illinois,

    Respondent

v.

James Delso,

    Petitioner

Petition for Leave to Appeal from Appellate Court Fourth District
4-01-0957
94CF482

The Court having considered the Petition for leave to appeal and being fully advised of the premises, the Petition for leave to appeal is DENIED.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this sixteenth day of June, 2005.

*Juleann Hornyak*
Clerk,
Supreme Court of the State of Illinois

EXHIBIT I