# United States District Court
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

March 20, 2006

**James Delso**
B35965
Illinois River Correctional Center
PO Box 1900
Canton, IL 61520


RE: Delso v. Birkoty
CASE NO. 05-2197


Dear Mr. Delso:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing (4/3/06) to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


                      s/ John M. Waters
                      JOHN M. WATERS, CLERK
                      U.S. DISTRICT COURT


JMW/mkt
cc: all counsel
notice revised 8/7/03