E-FILED
Monday, 03 April, 2006 03:25:31 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

United States of America ex rel.
    James Delso,
        Petitioner,

No. 05 C 2197

v.

The Honorable
Michael P. McCuskey,
Judge Presiding.

Donald Hulick, Warden,
    Respondent.

FILED
APR 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO REPLY TO MOTION TO DISMISS

Now comes petitioner, James Delso, pro se, and respectfully moves this Honorable Court to denied the respondent motion to dismiss petitioner's petition for writ of habeas corpus as time-barred under 28 U.S.C. 2244(d). A memorandum of law in support of petitioner motion to reply to motion to dismiss is attached hereto.

s/s James Delso
James Delso #B-35965
P.O. Box 1900
Canton, Ill. 61520

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

United States of America ex rel.
    James Delso
        Petitioner,　　　　　　　　　　No. 05 C 2197

V.　　　　　　　　　　　　　　　　　Honorable
　　　　　　　　　　　　　　　　　　Michael P. McCuskey,
　　　　　　　　　　　　　　　　　　Judge Presiding.

Donald Hulick, Warden,
        Respondent.

### NOTICE OF FILING

TO: *United States District, Clerk*
*Central District of Illinois*
*Urbana Division*

Please Take Notice that on March **30** 2006, at ___ ___, or soon thereafter, I have cause the Attached **MOTION TO REPLY** to be file with the clerk of the United States District Court of Illinois, Urbana Division.

                                    /s/ James Delso
                                    James Delso, pro se
                                    Reg. No. B-35965
                                    P.O. Box 1900
                                    Canton, Ill. 61520

### CERTIFICATE OF SERVICE

The undersigned being sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by UNITED STATES MAIL on March ___, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. 1746, 18 1621 OR ILCS 5/109.