<u>APPENDIX</u>

* CIRCUIT CLERK NOTICE THAT POST CONVICTION DENIED

* NOTICE OF APPEAL

* CIRCUIT CLERK NOTICE OF APPEAL FILED

* ORDER DENYING LEAVE TO FILE SECOND POST CONVICTION

* NOTICE OF APPEAL FILED

* SUPREME COURT APPELLATE DEFENDER NOTICE THAT APPELLATE COURT AFFIRMED

* PUBLIC DEFENDER JDG CR TEXT, RECORD

* PUBLIC DEFENDER JDG CR TEXT, RECORD

```
1994CE000482D 001
PEOPLE
VS.
DELSO, JAMES A/KA/ DWAME DEAN            PUBLIC DEFENDER
-----------------------------------------------------------------------
ENTERED    JDG CR   TEXT                                CHANGED   USER
-----------------------------------------------------------------------
```

| Date | Text |
|---|---|
| 11/20/1997 | **Complaint filed on 06/03/1994. Motion to file and Proceed in Forma Pauperis and Appointment of Counsel on file this date. (cp) |
| 12/02/1997 | Correspondence from defendant on file this date. (cp) |
| | After reviewing the court file and the Defendant's Petition for Post-Conviction Relief, this Court finds that the Defendant was actually sentenced in open court on November 14, 1994 and the mittimus was signed by the Court on November 15, 1994. The Clerk's file mark indicates that the Defendant's Petition was received November 20, 1997. After reviewing Chapter 725 ILCS 5/122-1(c), this Petition was not filed within three years from the date of the conviction, and the Petitioner has not alleged facts showing that the delay was not due to his own negligence. Therefore, the Defendant's Post-Conviction Petition shall be denied by the Court since it was not filed within the statutory three-year time period. The Defendant has 30 days with which to file a notice of appeal. |
| 12/22/1997 | Notice of Motion To Proceed as a Poor Person Appointment of Counsel and For A Free Copy of the REcord of Proceedings on file as of Dec. 19, 1997. ch |
| 12/23/1997 | The Public Defender Appellate Counsel is appointed to assist the Defendant with his appeal. Clerk to notify the Public Defender Appellate Counsel and the Defendant. |
| 12/??/1997 | Certificate of Mailing on file as of Dec. 29, 1997. ch |
| 12/30/1997 | Correspondence from defendant on file this date. (cc). |
| 2/26/1998 | Circuit clerk's certificate of mailing on file this date for purposes of mailing of post-conviction appeal to appellate court fourth judicial district. (cc). |
| 5/06/1999 | Correspondence from defendant on file this date. (cp) |
| 9/13/1999 | Amendment to Petitioner's Pro Se Post Conviction Petition on file this date.(cp) |
| 9/27/1999 | Petition for Writ of Habeas Corpus Ad Testificandum on file this date. |
| 10/05/1999 | Order Dismissing Post Conviction Petition as "Frivolous and/or Patently Without Merit on file. |
| 10/06/1999 | Certificate of Mailing Order Dismissing Post Conviction Petition as Frivolous and/or Patetly Without Merit to Mr. James Delso at Joliet, Illinois as of Oct. 6, 1999.ch |
| 10/18/1999 | Correspondence from defendant on file this date. (cp) |
| 10/21/1999 | Notice of Appeal from Mr. Delso on file as of Oct. 21, 1999.ch |

C-73

Ex. A

```
1994CE000482D 001
PEOPLE
VS.
DR SO, JAMES A/KA/ DWAME DEAN              PUBLIC DEFENDER
------------------------------------------------------------------------
   RED    JDG CR  TEXT                                    CHANGED  USER
------------------------------------------------------------------------
11/01/1999          Certificate of Mialing Notice of Appeal to Honorable Darryl Pratscher
                    Honorable Lawrence Ficnter as of Nov. 1, 1999.ch
                    ----------------------------------------------------
11/04/1999          The Defendant's Motion for Appelate Defender shall be granted.
11/05/1999          ----------------------------------------------------
                    Certificate of Mailing Notice of Appeal to State Appellate Defender
                    as of Nov. 5, 1999.ch
                    ----------------------------------------------------
```

C-74

```
1994CF000482D 001                                              Ex. A
PEOPLE
VS.
DELSO, JAMES A/KA/ DWAME DEAN           PUBLIC DEFENDER
-----------------------------------------------------------------------
  ENTERED    JDG CR   TEXT                                    CHANGED USER
-----------------------------------------------------------------------
11/20/1997          **Complaint filed on 06/03/1994.
                    Motion to file and Proceed in Forma Pauperis and Appointment of
                    Counsel on file this date. (cp)
                    --------------------------------------------------------

12/02/1997          Correspondence from defendant on file this date. (cp)
                    --------------------------------------------------------
                    After reviewing the court file and the Defendant's Petition for
                    Post-Conviction Relief, this Court finds that the Defendant was
                    actually sentenced in open court on November 14, 1994 and the
                    mittimus was signed by the Court on November 15, 1994.  The Clerk's
                    file mark indicates that the Defendant's Petition was received
                    November 20, 1997.  After reviewing Chapter 725 ILCS 5/122-1(c),
                    this Petition was not filed within three years from the date of the
                    conviction, and the Petitioner has not alleged facts showing that
                    the delay was not due to his own negligence.  Therefore, the
                    Defendant's Post-Conviction Petition shall be denied by the Court
                    since it was not filed within the statutory three-year time period.
                    The Defendant has 30 days with which to file a notice of appeal.
                    --------------------------------------------------------

12/22/1997          Notice of Motion To Proceed as a Poor Person Appointment of Counsel
                    and For A Free Copy of the REcord of Proceedings on file as of
                    Dec. 19, 1997. ch
                    --------------------------------------------------------

12/23/1997          The Public Defender Appellate Counsel is appointed to assist the
                    Defendant with his appeal.  Clerk to notify the Public Defender
                    Appellate Counsel and the Defendant.
                    --------------------------------------------------------

12/29/1997          Certificate of Mailing on file as of Dec. 29, 1997. ch
                    --------------------------------------------------------

12/30/1997          Correspondence from defendant on file this date. (cc).
                    --------------------------------------------------------

 2/26/1998          Circuit clerk's certificate of mailing on file this date for purposes
                    of mailing of post-conviction appeal to appellate court fourth
                    judicial district. (cc).
                    --------------------------------------------------------

 5/06/1999          Correspondence from defendant on file this date. (cp)
                    --------------------------------------------------------

 9/13/1999          Amendment to Petitioner's Pro Se Post Conviction Petition on file
                    this date.(cp)
                    --------------------------------------------------------

 9/27/1999          Petition for Writ of Habeas Corpus Ad Testificandum on file this date.
                    --------------------------------------------------------

10/05/1999          Order Dismissing Post Conviction Petition as "Frivolous and/or
                    Patently Without Merit on file.
                    --------------------------------------------------------

10/06/1999          Certificate of Mailing Order Dismissing Post Conviction Petition as
                    Frivolous and/or Patetly Without Merit to Mr. James Delso at Joliet,
                    Illinois as of Oct. 6, 1999.ch
                    --------------------------------------------------------

10/18/1999          Correspondence from defendant on file this date. (cp)
                    --------------------------------------------------------

10/21/1999          Notice of Appeal from Mr. Delso on file as of Oct. 21, 1999.ch
                    --------------------------------------------------------
```

```
1994CF000482D 001
PEOPLE
VS.
DELSO, JAMES A/KA/ DWAME DEAN           PUBLIC DEFENDER
----------------------------------------------------------------------------
 ENTERED    JDG CR  TEXT                                      CHANGED USER
----------------------------------------------------------------------------
```

Ex. A

| ENTERED | TEXT |
|---|---|
| 11/01/1999 | Certificate of Mialing Notice of Appeal to Honorable Darryl Pratscher |
| | Honorable Lawrence Ficnter as of Nov, 1, 1999.ch. |
| 11/04/1999 | The Defendant's Motion for Appelate Defender shall be granted. |
| 11/05/1999 | Certificate of Mailing Notice of Appeal to State Appellate Defender as of Nov. 5, 1999.ch |
| 12/09/1999 | Circuit Clerk's Certificate of Mailing in re: Appeal(Common Law Record to Darryl Pratscher and Defendant on file this date.(cp) |
| 12/20/1999 | Correspondence from defendant on file this date. (cp) |
| 3/10/2000 | Circuit Clerk's Certificate of Mailing in re: Original Common Law Record to Appellate Defender on file this date.(cp) |
| 3/15/2000 | Return Receipt on file this date.(cp) |
| 3/21/2000 | Certificate of Mailing filed in re: Report of Proceedings dated 11/14/94 on file this date.(cp) |
| 8/01/2000 | Motion for Leave to File and Proceed in Forma Pauperis, Petition for Post Conviction Relief Second Petition, and Memorandun of Law on file Aug 1, 2000.lb |
| | Certificate of mailing to defendant on Aug 1, 2000 of Petition for Post Conviction Relief Second Petition on file this date.lb |
| 11/08/2000 | Motion for Appointment of Counsel other Than Office of the State's Attorney Office |
| 4/02/2001 | Mandate from the Appellate Court filed on 03/14/01.  (CC) |
| 4/18/2001 | Circuit Clerk's Certificate of Mailing filed. (cc) |
| 5/02/2001 | Return Receipt with Service on 04/21/01 from JAMES DELSO filed.  (cc) |
| | Notice of Filing, Notice of Appeal, Motion for Appointment of Counsel, Motion to Proceed in Forma Pauperis and Affidavit filed. (cc) |
| 10/23/2001 TEP | File examined.  Findings: |
| | (1)  That an Order Denying Leave to File Second Post-Conviction Petition was entered and filed 4-18-01. |
| | (2)  Petitioner filed his Notice of Appeal and Motion for Appointment of Counsel 5-2-01. |
| | Wherefore, the Motion for Appointment of Counsel is allowed. Appellate Public Defender appointed.  Clerk ordered to notify the Appellate Public Defender and Petitioner and to transmit Notice of Appeal to the Appellate Court. |

Ex. A

```
1994CF000482D 001
PEOPLE
VS.
DELSO, JAMES A/KA/ DWAME DEAN              PUBLIC DEFENDER
-------------------------------------------------------------------------------
 ENTERED   JDG CR  TEXT                                          CHANGED USER
-------------------------------------------------------------------------------
                   ----------------------------------------------------------
10/29/2001         Notice of Appeal on file this date.(cp)
                   ----------------------------------------------------------
                   Circuit Clerk's Certificate of Mailing in re: Notice of Appeal on file
                   this date to: Darryl Pratscher and State Appellate Defender.(cp)
                   ----------------------------------------------------------
```

Ex. B



# KATHY A. HOTT

Macon County Circuit Clerk
253 East Wood Street, Room 408
Decatur, Illinois 62523-1496
Phone (217) 424-1454

YOU ARE HEREBY NOTIFIED THAT ON    OCT. 5, 1999

THE COURT ENTERED AN ORDER, A COPY OF WHICH IS ENCLOSED

HEREWITH. YOU HAVE A RIGHT TO APPEAL. IN THE CASE OF

AN APPEAL FROM A POST-CONVICTION PROCEEDING INVOLVING

A JUDGEMENT IMPOSING A SENTENCE OF DEATH, THE APPEAL IS

TO THE ILLINOIS SUPREME COURT. IN ALL OTHER CASES, THE

APPEAL IS TO THE ILLINOIS APPELLATE COURT IN THE DISTRICT

IN WHICH THE CIRCUIT COURT IS LOCATED. IF YOU ARE INDIGENT,

YOU HAVE A RIGHT TO A TRANSCRIPT OF THE RECORD OF THE POST-

CONVICTION PROCEEDINGS AND TO THE APPOINTMENT OF COUNSEL

ON APPEAL, BOTHY WITHOUT COST TO YOU. TO PRESERVE YOUR

RIGHT TO APPEAL YOU MUST FILE A NOTICE OF APPEAL IN THE

TRIAL COURT WITHIN 30  DAYS FROM THE DATE OF THE ORDER WAS ENTERED.

SINCERELY,

*Kathy A Hott lan*
KATHY A. HOTT
MACON COUNTY
CIRCUIT CLERK

C-57

TO THE Macon County COURT OF ILLINOIS  Ex. C.

IN THE CIRCUIT COURT OF ~~Cook~~ Macon COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS

v.

James Delso, Defendant

Ind. No. 94-CF-482
Trial Judge: Jerry L. Patton
Court Reporter: ..........
Attorney: Mr. Brinkoette
Appeal Check Date: ..........
Appeal Bond: ..........

[FILED OCT 1999 KATHY A. HOTZ CIRCUIT CLERK]

NOTICE OF APPEAL

An appeal is taken from the order or judgment described below:

Appellant's Name: James Delso
Appellant's Address: P.O. Box 112 Joliet, Ill. 60434
Appellant's Attorney: Mr. Brinkoette
Address: 253 East Wood St.
Offense: First Degree Murder
Judgment: Guilty of First Degree Murder on a Guilty Plea
Date: Nov. 14, 1994
Sentence: 33 yrs.
Date Notice Filed: Nov. 7, 1997

........ James Delso ........ Appellant

VERIFIED PETITION FOR REPORT OF PROCEEDINGS AND COMMON LAW RECORD

Under Supreme Court Rules 605-608, appellant asks the Court to order: (1) the Official Court Reporter to transcribe an original and the copy of the proceedings, file the original with the Clerk and deliver a copy to the appellant, and (2) the Clerk to prepare the Record on Appeal.

The Appellant, being duly sworn, says that at the time of his conviction he was and he now is unable to pay for the Record or an appeal lawyer.

........ James Delso ........ Appellant

SUBSCRIBED and SWORN TO before me this 12th day of October, 19 97.

OFFICIAL SEAL
JOANN M. DOMBROW
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2002

........ Joann M. Dombrow ........ Notary public

ORDER

IT IS ORDERED: 1. .......... appointed as counsel on appeal, and 2. the record and Report of Proceedings be furnished appellant free.
Dates to be transcribed:

..........,19....   ..........,19....   ..........,19....   ..........,19....
..........,19....   ..........,19....   ..........,19....   ..........,19....
..........,19....   ..........,19....   ..........,19....   ..........,19....

ENTER: .......... JUDGE

DATE: ..........

C-58

```
              ** TO THE FOURTH JUDICIAL **
              ** DISTRICT OF ILLINOIS **
           ** APPEAL FROM THE CIRCUIT COURT OF **
                    ** MACON COUNTY **
                  ** CRIMINAL DIVISION **
==============================================================================
THE PEOPLE OF THE STATE OF ILLINOIS  )  CASE NUMBER:  94-CF-482
                                     )
                                     )  HONORABLE   JERRY L PATTON
VS.   JAMES DELSO                    )
                                     )
DEFENDANT                            )

JAMES DELSO                             JERRY L PATTON
================================        ================================
(DEFENDANT-APPELLANT)                   (CIRCUIT JUDGE)


            ** NOTICE OF APPEAL **
==============================================================================
AN APPEAL IS HEREBY TAKEN FROM THE FINAL JUDGMENT ENTERED IN THE ABOVE ENTITLED
CAUSE:
        APPELLANT'S NAMES:   JAMES DELSO
                  ==============================================================


        APPELLANT ADDRESS: JOLIET CORRECTIONAL CENTER, P O BOX 112, JOLIET
ILLINOIS  62434           ==============================================================


        THE NAME AND ADDRESS OF APPELLANT'S ATTORNEY:

        NAME OF ATTORNEY:  STATE APPELLATE DEFENDER
                  ==============================================================

        ADDRESS:  400 S. 9TH ST., SUITE 102, P.O. BOX 5750, SPRINGFIELD, IL
                  ==============================================================

        TELEPHONE:
                  ==============================================================

THE OFFENSE:  FIRST DEGREE MURDER
            ==================================================================

            ==================================================================


THE JUDGMENT:  GUILTY OF FIRST DEGREE MURDER
             ================================================================
on a     (XXXXXXX)        (XXXY  )             (XXXX)
         DISMISSING POST CONVICTION PETITION

THE DATE:  OCT. 05, 1999
         ==================================================================


THE SENTENCE: OCT. 05, 1999
            ==================================================================
                                        JAMES DELOS
                                        ==========================
                                        DEFENDANT-APPELLANT

                                     BY: Kathy A. Hott
                                        ==========================
                                        KATHY A. HOTT
```

C-60

Ex. C

```
        IN THE SIXTH JUDICIAL CIRCUIT
                    ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS  )
                                     )
                VS                   )    94-CF-482
                                     )
JAMES DELSCO                         )
                                     )
```

CERTIFICATE OF MAILING

I, KATHY A HOTT, CLERK OF THE CIRCUIT COURT OF MACON COUNTY, ILLINOIS DO HEREBY CERTIFY THAT I DID ON  NOV. 01, 1999, MAILED A COPY OF:

NOTICE OF APPEAL

TO:  HONORABLE DARRRYL PRATSCHER         HONORABLE LAWRENCE FICHTER
     FOURTH DISTRICT APPELLATE COURT     STATE"S ATTORNEY OF MACON COUNTY
     SUPREME COURT BUILDING              253 E WOOD ST
     SPRINGFIELD, IL                     DECATUR, IL


BY: CERTIFIED MAIL
                                         _____
                                         MACON COUNTY CIRCUIT CLERK
                                         CH

---

Z 303 785 770

US Postal Service
Receipt for Certified Mail
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: HONORABLE DARRYL PRATSCHER
Street & Number: FOURTH DISTRICT APPELLATE COURT
Post Office, State, & ZIP Code: SPRINGFIELD, IL

Postage                                  $
Certified Fee
Special Delivery Fee
Restricted Delivery Fee
Return Receipt Showing to Whom & Date Delivered
Return Receipt Showing to Whom, Date, & Addressee's Address
TOTAL Postage & Fees                     $
Postmark or Date: NOTICE OF APPEAL  11-1-99

PS Form 3800, April 1995

---

C-62

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 94-CF-482 |
| ) | |
| JAMES DELSO, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING LEAVE TO FILE
## SECOND POST-CONVICTION PETITION

On November 14, 1994, petitioner entered a plea of guilty to first degree murder and was sentenced to 33 years in prison. He did not file a direct appeal.

On November 7, 1997, petitioner mailed a *pro se* petition for post-conviction relief. It was received by the Circuit Clerk on November 20, 1997. The Circuit Court, on December 2, 1997, dismissed the petition as untimely filed.

On September 2, 1999, the Illinois Appellate Court reversed the Circuit Court's judgment because the date of mailing controls when determining whether a petition is timely filed. The Appellate Court remanded the cause with directions for the Circuit Court to determine whether the petition was frivolous or patently without merit.

On September 13, 1999, petitioner filed an amendment to his initial petition.

On October 5, 1999, the Circuit Court dismissed the petition as frivolous and patently without merit. The petitioner appealed from this final judgment of the Circuit Court.

On August 1, 2000, the petitioner filed in the Circuit Court a motion for leave to file a second petition for post-conviction relief, and he tendered his proposed petition.

2

On March 13, 2001, the Illinois Appellate Court, at the request of the petitioner, dismissed the appeal from the Circuit Court's judgment dismissing the initial petition.

The Post-Conviction Hearing Act contemplates the filing of only one post-conviction petition. The Act provides that "Any claim of substantial denial of constitutional rights not raised in the original or an amended petition is waived." Further, it is the law of Illinois that a ruling on an initial post-conviction petition has *res judicata* effect with respect to all claims that were raised or could have been raised in the initial petition.

The procedural bars of waiver and *res judicata* cannot be overcome unless the petitioner can establish good cause for failing to raise his claims in prior proceedings and actual prejudice resulting from the claimed errors. In this case the petitioner has failed to demonstrate either good cause or prejudice so as to warrant this Court's consideration of his second post-conviction petition. Consequently, the petitioner is procedurally barred from asserting the claims of error made in his second petition tendered on August 1, 2000.

This Court's authority to enter a summary order without allowing a second or third stage post-conviction hearing is not limited by the ninety day examination period set forth in 725 ILCS 5/122-2.1. The filing of a successive post-conviction petition is not a matter of right. Instead, it is predicated upon a demonstration of special circumstances. As previously stated herein, the petitioner has failed to show that he is entitled to relief from the finality of the prior proceedings.

ORDERED that, for the foregoing reasons, the motion filed August 1, 2000, for leave to file a second post-conviction petition is denied, and the cause is stricken.

C-68

3

FURTHER ORDERED that the Clerk of the Court shall serve a copy of this final judgment and a Supreme Court Rule 651(b) notice upon the petitioner by certified U.S. mail within ten days, and shall serve a copy upon the Macon County State's Attorney.

ENTERED:                April 18, 2001

*John K. Heavner*
Circuit Judge

C-69

Ex. E

TO THE ..... APPELLATE ..... COURT OF ILLINOIS

IN THE CIRCUIT COURT OF ____ COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS
v.

JAMES DELSO,
    DEFENDANT.

Ind. No. .... 94-CF-482 ..............
Trial Judge ... JERRY PATTON ..........
Court Reporter ......................
Attorney ..... NONE .. PRO-SE .........
Appeal Check Date ...................
Appeal Bond .........................

MAY 0 2 2001

## NOTICE OF APPEAL

An appeal is taken from the order or judgment described below:

Appellant's Name: ..... JAMES DELSO ..........................
Appellant's Address: .... STATEVILLE C.C. P.O. BOX 112, JOLIET, ILL. 60434 ........
Appellant's Attorney: .... NONE PRO-SE ......................
Address: .... STATEVILLE C.C. ...............................
Offense: .. FIRST DEGREE MURDER ..............................
Judgment: Guilty of ... FIRST DEGREE MURDER AFTER A GUILTY PLEA ........
    ........................................ on a .....................
Date: .. NOV. 16, 1994 ..................
Sentence: .... 33 YEARS .................
Date Notice Filed: ..... APRIL 24, 2001 ........

.................................... Appellant

### VERIFIED PETITION FOR REPORT OF PROCEEDINGS AND COMMON LAW RECORD

Under Supreme Court Rules 605-608, appellant asks the Court to order: (1) the Official Court Reporter to transcribe an original and the copy of the proceedings, file the original with the Clerk and deliver a copy to the appellant, and (2) the Clerk to prepare the Record on Appeal.

The Appellant, being duly sworn, says that at the time of his conviction he was and he now is unable to pay for the Record or an appeal lawyer.

*James Delso* ................... Appellant

SUBSCRIBED and SWORN TO before me this 26 .. day of .. April .......... 19 2001

OFFICIAL SEAL
JOANN M. DOMBROW
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2002

*Joann M. Dombrow* ........... Notary public

### ORDER

IT IS ORDERED: 1. ..................................................
appointed as counsel on appeal, and 2. the record and Report of Proceedings be furnished appellant free.
Dates to be transcribed:

..........., 19....     ..........., 19....     ..........., 19....
..........., 19....     ..........., 19....     ..........., 19....
..........., 19....     ..........., 19....     ..........., 19....

ENTER: ........................... JUDGE

DATE: ........................

C 71





# OFFICE OF THE STATE APPELLATE DEFENDER
## SUPREME COURT UNIT
400 South Ninth Street • Suite 101
P.O. Box 5720
Springfield, Illinois 62705-5720
Telephone 217/782-1989 • FAX 217/782-3918
WWW SITE: http://www.state.il.us/defender/

**CHARLES M. SCHIEDEL**
Deputy Defender

February 22, 2005

**ALLEN H. ANDREWS**
**LAWRENCE BAPST**
**DUANE E. SCHUSTER**
Assistant Defenders

Mr. James Delso
Register No. B-35965
Illinois River Correctional Center
P. O. Box 1900
Canton, IL  61520

Re:   People v. James Delso
      Macon County Circuit Court No. 94-CF-482
      Appellate Court No. 4-01-0957

Dear Mr. Delso:

I am sorry that the Appellate Court has affirmed your case. Because I do not believe there is any chance the Illinois Supreme Court would take the case, we cannot represent you in further proceedings. You do have a personal right to ask the Illinois Supreme Court to review your case by filing a Petition for Leave to Appeal. Indeed, if you ever want to take your case into federal court, for example, by filing a Petition for a Writ of Habeas Corpus, you must first exhaust your state remedies by filing a Petition for Leave to Appeal in the Illinois Supreme Court. In order to exhaust your state remedies for purposes of obtaining future federal review, it is necessary that your Petition for Leave to Appeal specifically identify all federal constitutional claims involved in your case.

The applicable Illinois Supreme Court Rule for filing a Petition for Leave to Appeal is No. 315. Your petition must be filed within 35 days of the entry of the Appellate Court's opinion. If you elect to file a Petition you should not miss this time deadline. It is mandatory and can be extended only in the most unusual cases. The Appellate Court issued its opinion in your case on February 16, 2005; therefore, the last day for you to file your Petition would be March 23, 2005.

Additionally, if you are going to file a Petition, you are also <u>required</u> to file an affidavit in the Appellate Court. The affidavit must state that you, in good faith, intend to file a Petition for Leave to Appeal in the Illinois Supreme Court. The affidavit is necessary to stay the issuance of the Appellate Court's mandate (the Appellate Court's order to the circuit court that your conviction has been affirmed). The affidavit must be filed within 21 days of the date of the Appellate Court's decision.

The last date for that is March 9, 2005. If an affidavit is not filed within 21 days, your Petition for Leave to Appeal will have to be filed no later than 21 days from the date of the Appellate Court's decision.

Mr. Delso
Page 2
February 22, 2005

A sample affidavit is enclosed. Also enclosed is a form which should give you an idea of what must be included in a Petition for Leave to Appeal. If you would like further information or instructions on this matter, please let me know. The address of the Appellate Court is:

> Clerk of the Appellate Court
> Fourth Judicial District
> 201 W. Monroe St., Box 19206
> Springfield, IL 62701-9206

The address of the Illinois Supreme Court is:   Clerk of the Supreme Court
Supreme Court Building
Springfield, IL 62701

Anything you file also should be sent to:   Jack Ahola
State's Attorney
253 E. Wood St.
Decatur, IL 62523

and to:   State's Attorneys Appellate Prosecutor
725 South Second
Springfield, IL 62704

I sincerely regret that our efforts have failed in the Appellate Court. If you have any questions about any of the matters referenced herein, or about how to file a Federal Habeas Petition, I will be happy to answer them for you. Again, I am sorry and disappointed with the outcome of your case. I assure you that every aspect of your case has been fully considered. Unfortunately, there simply is nothing more that I can do.

Very truly yours,

*[signature]*

LAWRENCE BAPST
Assistant Defender

LB:akm

Enclosures

**SUPREME COURT OF ILLINOIS**
**CLERK OF THE COURT**
SUPREME COURT BUILDING
SPRINGFIELD, ILLINOIS 62701
(217) 782-2035

100297

May 25, 2005

Mr. James Delso
Reg. No. B-35965
P. O. Box 1900
Canton, IL 61520

No. 100297 - People State of Illinois, respondent, v. James
Delso, petitioner. Leave to appeal, Appellate
Court, Fourth District.

The Supreme Court today DENIED the petition for leave to appeal in the above entitled cause.

The mandate of this Court will issue to the Appellate Court on June 16, 2005.