E-FILED
Monday, 03 April, 2006  03:27:48 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS  )
                   )
COUNTY OF FULTON   )

IN THE UNITED STATES DISTRICT COURT OF THE
CENTRAL DISTRICT, URBANA DIVISION

United States of America ex rel.
    James Delso
        Petitioner

No. 05 C 2197

V.

Donald Hulick, Warden,
    Respondent

FILED
APR 0 3 2006
JOHN M. WATERS, Clerk
DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### DECLARATION UNDER PENALTY OF PERJURY

The Petitioner, James Delso, hereby Declare Under Penalty of Perjury that the facts and legal information contained in petitioner Motion to Reply to Motion to Dismiss are true and correct, and the facts as herein displayed and presented are true to the best of my knowledge, and it is the on going serious violations complained up which are injurious and has a perjudicial effect upon the Post Affects of the Final said Judgment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 OR ILSC 5/109.

/s/ James Delso
JAMES DELSO, PRO SE