AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JAMES DELSO,**
**Petitioner**

vs.                                                                                    Case Number:   **05-2197**

**DONALD HULICK, Warden,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent and against the petitioner.  Petition for Writ of Habeas Corpus is dismissed.

ENTER this 19th day of July, 2006.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK