UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL. JAMES DELSO,<br><br>              Petitioner.<br><br>v.<br><br>DONALD A. HULICK, Warden of the ILLINOIS RIVER CORRECTIONAL CTR.<br><br>              Respondents. | CASE NO.# 05-CV-2197<br><br>Honorable: Michael P. McCuskey<br><br>Presiding Judge. |

FILED
AUG 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

NOTICE OF APPEAL

Notice is hereby given that the petitioner Mr. James Delso, pro se in the above captioned cause, appeals to the United States District Court, Central Dirtrict of Illinois from the final judgment entered in this action on July 19, 2006, wherein the District Court denied Habeas Corpus relief to the petitioner in a written order. Wherein, the court found that the petitioner petition was time barred. The petitioner now seeks review of this order by the court of appeals.

s/s James Delso
James Delso

Subscribed and sworn to before me this 15th day of August 2006.

Don A. Burkhart
NOTARY PUBLIC
Notary Public, State of Illinois
My Commission Exp. 08/22/2008
"OFFICIAL SEAL"