E-FILED
Thursday, 17 August, 2006 03:32:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL. JAMES DELSO,<br><br>　　　　　Petitioner.<br><br>v.<br><br>DONALD A. HULICK, Warden of the ILLINOIS RIVER CORRECTIONAL CTR.<br><br>　　　　　Respondents. | CASE NO.# 05-CV-2197<br><br>Honorable: Michael P. McCuskey<br><br>Presiding Judge. |

FILED
AUG 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### APPLICATION TO PROCEED IN FORMA PAUPERIS

Applicant, James Delso, respectfully requests the Court to grant him leave to defend as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the petitioner in the above captioned legal proceedings.
2. I am a poor person and unable to defend this action and am unable to pay the costs, fees, and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at Illinois River C.C. but I receive nominal wages of $70 to $150 per month.
4. The sources and amount of income expected by me hereafter are not for sure or none.
5. The nature and current value of any property, real or personal owned by me real estate, motor veh. saving or checking accounts I own none.
6. I believe in good faith that I have a meritorious claim.

　　　　　　　　　　　　　　　　　　　　s/s _James Delso_
　　　　　　　　　　　　　　　　　　　　James Delso B35965
　　　　　　　　　　　　　　　　　　　　P.O. Box 1900
　　　　　　　　　　　　　　　　　　　　Canton, Illinois 61520