E-FILED
Thursday, 17 August, 2006  03:36:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL. JAMES DELSO,<br><br>    Petitioner.<br><br>V.<br><br>DONALD A. HULICK, Warden of the ILLINOIS RIVER CORRECTIONAL CTR.<br><br>    Respondents. | CASE NO.# 05-CV-2197<br><br>Honorable: Michael P. McCuskey<br><br>Presiding Judge. |

FILED
AUG 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

<u>PETITIONER'S DOCKETING STATEMENT</u>

Petitioner James Delso, pro se, appeals from the judgment order of the United States District Court, for the Central District of Illinois, Urbana Division, wherein the Honorable Michael P. McCusky, denied the petitioners application for Issuance of a writ of Habeas Corpus on July 19,2006. The petitioner is an inmate of the Illinois Department of Correctional Center, and is housed at the Illinois River Correctional Center, in Canton, Illinois. The petitioner is in the custody of Austin Scott Randolph who is the current Warden of the Illinois River C.C.. Warden Randolph replaced the herein named respondent Donald Hulick, as warden of the Illinois River C.C.. After commencement and briefing of this action in the District Court Donald Hulick was named as a respondent in his official capacity as warden of the Illinois River C.C. pursuant to 28 U.S.C. 2242, and Rule 2 of the Rules governing section 28 U.S.C. 2254 cases in the United States District Court. The District Court had jurisdiction to entertain the petition for an application of a writ of habeas corpus pursuant to 28 U.S.C.2241 and 2254 (a)(west 2006). The Court of Appeals for the Seventh Judicial Circuit has jurisdiction to entertain this appeal from the denial of Issuance of the writ of habeas corpus pursuant to 28 U.S.C. 1291 and 28 U.S.C.

2255. The United States district court denied relief to the petitioner in a written order on July 19,2006 the petitioner thereafter mailed for filing in the U.S District Court a timely Notice of Appeal on _____ 2006 the time allowed to appeal this court's decision commenced to run from the final order entered in this action on July 19,2006, pursuant to Rule 4(a)(c) Fed. R. Civ. P.

s/s /s/ James Oliver

Subscribed and sworn to before me this 15th day of August 2006.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Don A. Burkhart
Notary Public, State of Illinois
My Commission Exp 08/22/2008