UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL. JAMES DELSO,<br><br>        Petitioner.<br><br>v.<br><br>DONALD A. HULICK, Warden of the ILLINOIS RIVER CORRECTIONAL CTR.<br><br>        Respondents. | CASE NO.# 05-CV-2197<br><br>Honorable: Michael P. McCuskey<br><br>Presiding Judge. |

FILED
AUG 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR APPOINTMENT OF COUNSEL

The undersigned petitioner, James Delso, respectfully ask the court to appoint counsel for him in this cause.
In support, petitioner states:

1. I have been incarcerated since May 9,1994, and am presently held in custody and residing at the Illinois River Correctional Center in Canton, Illinois, County of Fulton.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter. I have filed an Application to Proceed in Forma Pauperis.

3. I am without the services of counsel to represent me in matter and I wish the Court to appoint counsel to represent me in this action.

4. My claim in this matter is not frivolous or malicious, but is colorable and meritorious.

    WHEREFORE, petitioner James Delso, respectfully requests that counsel be appointed to represent him in this matter.

s/s _James Delso_
James Delso B35965
P.O. Box 1900
Canton, Illinois

IN THE
_United States District Court_
_Central District of Illinois_
_Urbana Division_

_Donald A. Hulick, Warden_ )
Plaintiff, )
 )  Case No. _05-CV-2197_
v. )
 )
_James Delso_ )
Defendant )

**FILED**
AUG 17 2006

U.S. CLERK'S OFFICE
URBANA, IL

## PROOF/CERTIFICATE OF SERVICE

TO: _United States District Court_      TO: _____
_John M. Waters, Clerk_       _____
_Central District of Illinois_       _____
_____       _____

PLEASE TAKE NOTICE that on _Aug. 15,_____, 20_06_, I have placed the documents listed below in the institutional mail at _Ill. River_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _Motion for Issuance of a Certificate of Appealability, Notice of Appeal, Docketing Statement, Application to Proceed in Forma Pauperis And Motion for Appointment of Counsel_.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _Aug. 15 2006_

/s/ _James Delso_
NAME: _James Delso_
IDOC#: _B-35965_
_Ill. River_ Correctional Center
P.O. BOX _1900_
_Canton_____, IL _61520_

Revised Jan 2002