## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL.          Docket No.: 05-2197

Division: DANVILLE/URBANA

### *Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)*

JAMES DELSO                    v.         DONALD HULICK

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: James Dleso                               Name: Russell K. Benton

Firm: B 35965                                   Firm: IL. ATTORNEY GENERAL

Address: P. O. Box 1900                         Address: 12th Floor, 100 W. Randolph St.

Canton, IL.  61520                              Chicago, IL.  61520

Phone: (309) 647-7030                           Phone: (312) 814-2113

---

Judge: Chief Judge Michael P. McCuskey          Nature of Suit Code:  530

Court Reporter: NONE                            Date Filed in District Court:  9/8/05

                                                Date of Judgment: 7/19/06

                                                Date of Notice of Appeal: 8/17/06

Counsel:   ___Appointed       ___Retained    ___Pro Se

Fee Status:   ___Paid      ___Due      ___IFP       ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     __X_Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;_X_ pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**