IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES DELSO, | ) ) ) |
| Petitioner, | ) ) No. 05 C 2197 |
| vs. | ) ) The Honorable |
| DONALD HULICK, Warden, | ) Michael P. McCuskey, ) Judge Presiding. |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed this Notice and accompanying Motion to Amend with the Clerk of the United States District Court for the Central District using the CM/ECF system.

I also certify that on August 24, 2006, I have mailed by United States Postal Service the aforementioned filing to the following non-CM/ECF participant:

James Delso, #B-35965
Illinois Correctional Center
Route 9 West, P.O. Box 999
Canton, Illinois 61520

BY:     s/Russell K. Benton_____
RUSSELL K. BENTON
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2113
FAX (312) 814-5166
E-Mail: Rbenton@atg.state.il.us
Att.Reg.No: 6203142