IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.  ) | |
|   JAMES DELSO, ) | |
| ) | |
|       Petitioner, ) | |
| ) | No. 05 C 2197 |
|       vs. ) | |
| ) | The Honorable |
| DONALD HULICK, Warden, ) | Michael P. McCuskey, |
| ) | Chief Judge Presiding. |
|       Respondent. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed this Notice and accompanying Corrected Motion to Amend with the Clerk of the United States District Court for the Central District using the CM/ECF system.

I also certify that on August 25, 2006, I have mailed by United States Postal Service the aforementioned filing to the following non-CM/ECF participant:

James Delso, #B-35965
Illinois Correctional Center
Route 9 West, P.O. Box 999
Canton, Illinois 61520

BY:     s/Russell K. Benton_____
            RUSSELL K. BENTON
            Assistant Attorney General
            100 West Randolph Street
            12th Floor
            Chicago, Illinois 60601
            (312) 814-2113
            FAX (312) 814-5166
            E-Mail: Rbenton@atg.state.il.us
            Att.Reg.No: 6203142