E-FILED
Tuesday, 05 September, 2006 02:16:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

CLERK OF THE COURT

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**

SEP 0 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-3341                    Docketed on: 8/30/06
Short Caption:         Delso, James v. Randolph, Austin
District Court Judge:  Michael P. McCuskey
District Court No.:    05 C 2197

If you have any questions regarding this appeal, please call this office.

(1003-012490)