UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES DELSO,                     )<br>                                              )<br>            Petitioner,           )<br>     v.                                    )      Case No. 05-CV-2197<br>                                              )<br>DONALD HULICK, Warden,   )<br>                                              )<br>            Respondent.          ) | |

## ORDER

On August 23, 2006, this court entered an Order (#26) which GRANTED the Motion for Issuance of a Certificate of Appealability (#23) filed by Petitioner, James Delso, DENIED Petitioner's Motion for Appointment of Counsel (#24), and reserved ruling on Petitioner's Application to Proceed in Forma Pauperis (#21). Petitioner was allowed thirty (30) days to file his trust fund ledger from the Illinois River Correctional Center.

On August 24, 2006, Respondent, Donald Hulick, filed a Motion to Amend (#27) with an attached Memorandum of Law. Respondent asked this court to amend its Order granting the Motion for Issuance of a Certificate of Appealability to clarify what constitutional issues this court finds substantial. On August 25, 2006, Respondent filed an Amended Motion to Amend (#29), to include this court's designation as "Chief Judge." On September 1, 2006, Petitioner filed his Trust Fund Ledger from the Illinois River Correctional Center (#31).

This court agrees with Respondent that, under 28 U.S.C. § 2253(c)(3), this court is required to "indicate which specific issue or issues satisfy the showing required by paragraph (2)." 28 U.S.C. § 2253(c)(3). Accordingly, Respondent's Motions to Amend (#27, #29) are GRANTED. This court clarifies its previous Order (#26) to state that this court finds that Petitioner has made a substantial

showing of the denial of his constitutional right to the effective assistance of trial counsel.

As far as Petitioner's Application to Proceed in Forma Pauperis (#21), his trust fund ledger (#31) shows that Petitioner currently has $664.91 in available funds. This court therefore concludes that Petitioner is able to pay the filing fee for his appeal.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Application to Proceed in Forma Pauperis (#21) is DENIED.

(2) Respondent's Motions to Amend (#27, #29) are GRANTED. This court hereby clarifies its previous Order (#26) to state that this court finds that Petitioner has made a substantial showing of the denial of his constitutional right to the effective assistance of trial counsel.

ENTERED this 7th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE