

# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

September 12, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: JAMES DELSO v. DONALD HULICK
D. C. Docket No. 05-2197
U. S. C. A. Docket No. 06-3341

Dear Mr. Agnello:

   I am sending you herewith the original record on appeal. It consists of the following:

   TWO  Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

   Impounded Exhibits:

   ONE Volume of LOOSE PLEADINGS

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

               Very truly yours,

               JOHN M. WATERS, CLERK

               BY:  s/K. Wynn
                     Deputy Clerk