E-FILED
Wednesday, 20 September, 2006  02:53:56 PM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 12 September, 2006  03:57:49 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

217-373-5830
217-373-5834

September 12, 2006

06-3341

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: JAMES DELSO v. DONALD HULICK
D. C. Docket No. 05-2197
U. S. C. A. Docket No. 06-3341

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

TWO  Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

ONE Volume of LOOSE PLEADINGS

U.S.C.A.–7th Circuit
FILED
SEP 17 2006 SK
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/K. Wynn
      Deputy Clerk