**E-FILED**
Friday, 20 October, 2006  04:00:36 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

Submitted September 29, 2006
Decided October 18, 2006

FILED

OCT 20 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 06-3341

JAMES DELSO,
    *Petitioner-Appellant,*

    *v.*

AUSTIN RANDOLPH,
    *Respondent-Appellee.*

Appeal from the United States
District Court for the Central
District of Illinois

No. 05 C 2197

Michael P. McCuskey,
*Chief Judge.*

### O R D E R

The following are before the Court:

1. **MOTION FOR APPOINTMENT OF COUNSEL,** filed by on September 14, 2006, by the pro se Petitioner.

2. **MOTION TO PROCEED IN FORMA PAUPERIS,** filed on September 25, 2006, by the pro se Petitioner.

**IT IS ORDERED** that motions #1 and #2 are **DENIED.**
**IT IS FURTHER ORDERED** that the district court's certificate of appealability, issued August 23, 2006, is **VACATED** and the appeal is **DISMISSED.**