# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: November 9, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

**FILED**

NOV 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM: Clerk of the Court

RE: 06-3341
Delso, James v. Randolph, Austin
05 C 2197, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [2] | Volumes of pleadings | [ ] |
| [1] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |

Record being retained for use    [ ]
in Appeal No. _____

Copies of this notice sent to:    Counsel of record
[ ]    United States Marshal
[ ]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1071-120397)                              Deputy Clerk, U.S. District Court

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted September 29, 2006
Decided October 18, 2006

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 06-3341

| | |
|---|---|
| JAMES DELSO,<br>*Petitioner-Appellant,*<br><br>v.<br><br>AUSTIN RANDOLPH,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 05 C 2197<br><br>Michael P. McCuskey,<br>*Chief Judge.* |

ORDER

The following are before the Court:

1. **MOTION FOR APPOINTMENT OF COUNSEL,** filed by on September 14, 2006, by the pro se Petitioner.

2. **MOTION TO PROCEED IN FORMA PAUPERIS,** filed on September 25, 2006, by the pro se Petitioner.

IT IS ORDERED that motions #1 and #2 are **DENIED**.
IT IS FURTHER ORDERED that the district court's certificate of appealability, issued August 23, 2006, is **VACATED** and the appeal is **DISMISSED**.

True Copy:
Teste:

Clerk of the United States